# EXHIBIT A

Attorney ID#034882005

**CLARK GULDIN**
Attorneys At Law
20 Church Street – Suite 15
Montclair, New Jersey 07042
973.206.5789
973.206.5790 (fax)
*Attorneys for Plaintiff*

*A TRUE COPY ATTEST*
*DAVID D. AYLES, PROCESS SERVER*
*AND DISINTERESTED PERSON*

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION: CAMDEN COUNTY**
**DOCKET NO. CAM-L-003903-25**

HAWK BUILDERS LLC,

               Plaintiff,

vs.

THE OHIO CASUALTY INSURANCE
COMPANY, OMINISCIENT
FINANCIAL, BUSEY BANK ISAOA, and
JOHN DOES "1" through "10"

               Defendants.

<u>**CIVIL ACTION**</u>

**SUMMONS**

*From The State of New Jersey, To the Defendant(s) Named Above:*

        The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

        If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

00069998 - 1
**DOCUMENT ID: 272123**

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

s/ Michelle M. Smith
**Michelle M. Smith, Esq.**
*Clerk of the Superior Court*

Dated:  November 20, 2025

**Defendants to be Served:**

The Ohio Casualty Insurance Company
175 Berkeley St.
Boston, MA 02116

Omniscient Financial
184 South Livingston Ave.
Livingston, NJ 07039

Busey Bank
100 West University Ave.
Champaign, IL 61820

Attorney ID No. 034882005

**CLARK GULDIN**
Attorneys At Law
20 Church Street – Suite 15
Montclair, New Jersey 07042
973.206.5789
973.206.5790 (fax)
*Attorneys for Plaintiff*

                                     SUPERIOR COURT OF NEW JERSEY
                                     LAW DIVISION: CAMDEN COUNTY
                                     DOCKET NO. CAM-L-

| | |
|---|---|
| **HAWK BUILDERS LLC,** <br><br>             Plaintiff, <br><br> vs. <br><br> **THE OHIO CASUALTY INSURANCE COMPANY, OMINISCIENT FINANCIAL, BUSEY BANK ISAOA,** and **JOHN DOES "1" through "10"** <br><br>             Defendants. | **CIVIL ACTION** <br><br><br> **COMPLAINT** |

Plaintiff, Hawk Builders LLC ("Hawk"), by and through its counsel, Clark Guldin Attorneys at Law, by way of complaint against defendant, The Ohio Casualty Insurance Company ("OCIC"), Ominiscient Financial ("Ominiscient"), Busey Bank ISAOA ("Busey"), and John Does 1-10, alleges as follows:

## NATURE OF THE CASE

1.      This action arises from OCIC's wrongful declination of coverage under a commercial inland marine insurance policy issued to Hawk covering damage to the subject insured equipment.

2.      Hawk seeks a declaration that OCIC must pay for the damage to the subject equipment and/or reformation of the OCIC policy, damages for breach of the implied covenant of good faith and fair dealing, and attorney's fees under *Rule* 4:42-9(6).

Attorney ID No. 034882005

## PARTIES

3.     Hawk is a New Jersey limited liability company with a principal place of business at 7905 Browning Rd., Suite 206, Pennsauken, New Jersey 08109.

4.     OCIC is a foreign insurer licensed to issue insurance policies in New Jersey by the New Jersey Department of Banking and Insurance, with a principal place of business at 175 Berkeley Street, Boston Massachusetts 02116.

5.     Ominiscient is an entity with an address at 184 South Livingston Avenue, Livingston, New Jersey 07039 that provided Hawk with a purchase money loan for the subject equipment, is listed on the Policy's "Loss Payable Schedule," and is not licensed by the New Jersey Department of Banking and Insurance.  Ominiscient is named solely as a party who may have an interest in the subject matter of this litigation.

6.     Busey is an Illinois banking entity with a mailing address of PO Box 17370, Urbana, Illinois 61805; is listed on the Policy's "Loss Payable Schedule" and is not licensed by the New Jersey Department of Banking and Finance.  Bussey is named solely as a party who may have an interest in the subject matter of this litigation.

7.     John Does "1" through "10" are fictitious parties consisting of entities and/or individuals who have yet to be identified but whose identities may be revealed in discovery in this action who may be liable for the damages sought herein or whose identities are known but not presently considered indispensable parties relative to this matter.

## JURISDICTION AND VENUE

8.     The Court has subject matter over all claims set forth in this Complaint and has personal jurisdiction over OCIC based on its consent to the jurisdiction of New Jersey courts as a condition to being licensed to issue policies in New Jersey.

Attorney ID No. 034882005

9.      Pursuant to *Rule* 4:3-2(a), as Plaintiff maintains its principal place of business in Camden County and OCIC delivered the subject policy to Plaintiff in Camden County.

## FACTS COMMON TO ALL COUNTS

A.      **Hawk and the Subject Equipment**

10.     Hawk is a general contractor that provides pre-construction, construction management, and general contracting services throughout New Jersey.

11.     In or about June 2020, Hawk purchased a used rotating, telescoping forklift from Magni America, LLC ("Magni"), model number RTH 5.35 S, serial number 00001190 (the "Original Forklift"). A true and complete copy of the invoice for the Original Forklift is annexed as Exhibit A.

12.     The Original Forklift had usage hours exceeding those on the forklift that Plaintiff had agreed to purchase from Magni.

13.     Hawk contacted Magni about the usage discrepancy.

14.     On July 7, 2021, Magni "swapped out" the Original Forklift for the forklift that Hawk had agreed to purchase, model number RTH 5.35 S-MC, serial number 00001303 (the "Replacement Forklift"). A true and complete copy of correspondence, dated June 12, 2025, confirming that the Replacement Forklift was swapped for the Original Forklift, and the accompanying bills of lading demonstrating that the Replacement Forklift was shipped to Hawk and the Original Forklift was shipped to Magni, are annexed, collectively, as Exhibit B.

15.     Thus, as part of the swap, Magni took possession of the Original Forklift.

16.     Upon information and belief, Magni resold the Original Forklift to United Rentals, and on March 11, 2022, the Original Forklift was sold to another end user with no relationship to

3

Attorney ID No. 034882005

Hawk. A true and complete copy of an email, dated September 19, 2025, from Magni to Hawk confirming the subsequent sale of the Original Forklift is annexed as **Exhibit C**.

17. On or about June 11, 2025, the Replacement Forklift toppled while being employed at a Hawk construction site sustaining damages estimated to be $160,778.63 (the "Loss"). A true and complete copy of the estimate to repair the Replacement Forklift is annexed as **Exhibit D**.

18. At no time between June 2020 and June 11, 2025, did Hawk own, possess or control more than one Magni rotating, telescoping forklift.

**B.    The OCIC Policy**

19. OCIC issued a commercial inland marine insurance policy, number REDACTED effective from May 29, 2020 through May 29, 2021 (the "Policy"), to Hawk that provided the following coverages, among others,

| | | |
|---|---|---|
| Catastrophe Limit - - The most "we" pay for loss in any one occurrence is | $ | 204,255 |
| **Supplemental Coverages** | | |
| Employee Tools | $ | 5,000 |
| Equipment Leased or Rented From Others | $ | 25,000 |

A true and complete copy of the Policy effective May 29, 2025 is annexed as **Exhibit E**, which Hawk obtained from its broker and/or insurer after the Replacement Forklift toppled.

20. The Policy's coverage is subject to a $1,000 deductible.

21. In the Policy's insuring agreement, OCIC agreed that:

[i]n return for "your" payment of the required premium, "we" provide the coverage herein subject to all the "terms" of the Contractors' Equipment Coverage.

22. As pertinent, the Policy provides the following definitions:

4

Attorney ID No. 034882005

"Contractors Equipment" means, machinery, equipment and tools of a mobile nature that "you" use in "your" contracting, installation, erections, repair, or moving operations or projects.

"Equipment Schedule" means a schedule of "contractors' equipment" that is attached to this policy that describes each piece of covered equipment.

"Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

23.     As to the property covered, the Policy states, as pertinent:

"We" cover the following property unless the property is excluded or subject to limitations.

1.     Scheduled Equipment - -

a.     Coverage - - "We" cover direct physical loss caused by a covered peril to:

    1)     "your" "contractors equipment"; and

            * * *

2.     Schedule on File - -

    a.     Coverage - - "We" cover direct physical loss caused by a covered peril to

        1)     "your" "contractors equipment" and

            * * *

    b.     Coverage Limitation - - "We" only cover "your" "contractors equipment" and "contractors equipment" of others:

        1)     that are listed in a schedule which "you" must submit to "us" and "we" keep on file; the schedule must contain a description of each item to be covered and a "limit" for each item; and

        2)     when Schedule on File is indicated on the "schedule of coverages."

24.     Omniscient, as Hawk's lender, arranged for the Policy's issuance with Bogle Agency, Inc. ("Bogle").

25.     Omni was listed as a loss payee on the Policy.

CAM-L-003903-25   11/19/2025 3:23:02 PM   Pg 6 of 16   Trans ID: LCV20253128839

Attorney ID No. 034882005

26.    Hawk received a copy of the original Policy, effective May 29, 2020, which correctly identified the Original Forklift on the Equipment Schedule.

27.    On June 10, 2020, OCIC issued Hawk an invoice for the Policy's premium in the amount of $1,768.55, which Hawk paid in full. A true and complete copy of the First OCIC Invoice is annexed as **Exhibit F**.

28.    On June 10, 2021, OCIC issued Hawk an invoice for the Policy's renewal premium in the amount of $1,769.56 for the Policy's renewal, effective from May 29, 2021 through May 29, 2022 (the "Second OCIC Invoice"), which Hawk paid in full. A true and complete copy of the Second OCIC Invoice is annexed as **Exhibit G**.

29.    The Second OCIC Invoice did not include a copy of the Policy's Declarations pages or the "Equipment Schedule" identifying the forklift that was insured, nor did OCIC ask Hawk to confirm that there had been no changes to the insured equipment since the Policy's original issuance.

30.    On May 10, 2022, OCIC issued Hawk an invoice for the Policy's renewal premium in the amount of $1,769.56 for the Policy's renewal, effective from May 29, 2022 through May 29, 2023 (the "Third OCIC Invoice"), which Hawk paid in full. A true and complete copy of the Third OCIC Invoice is annexed as **Exhibit H**.

31.    The Third OCIC Invoice did not include a copy of the Policy's Declarations pages or the "Equipment Schedule" identifying the forklift that was insured, nor did OCIC ask Hawk to confirm that there had been no changes to the insured equipment since the Policy's original issuance.

32.    In or about June 2023, OCIC issued Hawk an invoice for the Policy's renewal premium in the amount of $1,930.57 for the Policy's renewal effective from May 29, 2023 through

6

Attorney ID No. 034882005

May 29, 2024 (the "Fourth OCIC Invoice"), which Hawk paid in full. A true and complete copy of the Fourth OCIC Invoice is annexed as **Exhibit I**.

33.     The Fourth OCIC Invoice did not include a copy of the Policy's Declarations pages or the "Equipment Schedule" identifying the forklift that was insured, nor did OCIC ask Hawk to confirm that there had been no changes to the insured equipment since the Policy's issuance.

34.     On May 10, 2024, OCIC issued Hawk an invoice for the Policy's renewal premium in the amount of $1,997.90 for the Policy's renewal effective from May 29, 2024 through May 29, 2025 (the "Fifth OCIC Invoice"), which Hawk paid in full. A true and complete copy of the Fifth OCIC Invoice is annexed as **Exhibit J**.

35.     The Fifth OCIC Invoice did not include a copy of the Policy's Declarations pages or the Equipment Schedule identifying the forklift that was insured, nor did OCIC ask Plaintiff to confirm that there had been no changes to the insured equipment since the Policy's issuance.

36.     In or about May 2025, OCIC issued Hawk an invoice for the Policy's renewal premium in the amount of $2,028.07 for the Policy's renewal effective from May 29, 2025 through May 29, 2026 (the "Sixth OCIC Invoice"), which Hawk paid in full. A true and complete copy of the Sixth OCIC Invoice is annexed as **Exhibit K**.

37.     The Sixth OCIC Invoice did include a copy of the Policy's Declarations pages specifying the coverages and identifying the forms that comprised the Policy, but did not include the Equipment Schedule identifying the equipment that was insured and did not ask Plaintiff to confirm that there had been no changes to the insured equipment since the Policy's issuance.

38.     At no time did Hawk own more than one Magni rotating telescoping forklift, initially the Original Forklift, which was exchanged for the Replacement Forklift, which were identical equipment but for the usage hours and the serial numbers.

CAM-L-003905-25   11/19/2025 3:23:02 PM   Pg 8 of 16   Trans ID: LCV20253128839

Attorney ID No. 034882005

39.     On or about June 12, 2025, Hawk notified OCIC that the Replacement Forklift sustained significant damage when it toppled while in use at a construction project and tendered a claim for the damage to OCIC.

40.     In response, OCIC issued a Policy Change Endorsement effective from June 13, 2025 through May 29, 2026, identifying the Replacement Forklift (serial number 00001303) on the Policy's Equipment Schedule in place of the Original Forklift (serial number 00001190) without any change in the premium. A true and complete copy of the Policy Change Endorsement is annexed as **Exhibit L.**

C.     **OCOC's "Gotcha" declination of coverage for the Replacement Forklift**

41.     In a letter dated July 10, 2025 (the "Declination Letter"), OCIC informed Plaintiff that there was no coverage available for damage to the Replacement Forklift (serial number 00001303) because the Replacement Forklift was not identified by serial number on the Equipment Schedule. A true and complete copy of the Declination Letter is annexed as **Exhibit M.**

42.     Ohio claimed that because the Original Forklift (serial number 00001190) was listed on the policy's Equipment Schedule, there was no coverage for the damage to the Replacement Forklift, serial number 00001303, notwithstanding that four years earlier, Hawk had relinquished possession and control of the Original Forklift to Magni when it was swapped for the Replacement Forklift (serial number 00001303) and Hawk, as a matter of law, had no insurable interest in the Original Forklift on June 11, 2025.

43.     The Declination Letter highlighted the following Policy provisions:

3.     **Newly Purchased Property –**

a.     **Coverage - -** "We" cover direct physical loss caused by a covered peril to additional "contractors equipment" that "you" purchase during the policy period.

8

Attorney ID No. 034882005

b. **Limit** - - The most "we" pay for any loss under this supplemental coverage is the least of:

    1)    actual cash value of the property; or

    2)    "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophic Limit indicated on the "schedule of coverages" applies to the coverage.

c. **Time Limitation** - - "We" extend coverage to the additional "contractors equipment" that you "purchase for up to 60 days.

This supplemental coverage will end when any of the following first occur:

    1)    this policy expires;

    2)    60 days after "you" obtain the additional "contractors' equipment"; or

    3)    "you" report the additional "contractors equipment" to us.

d. **Additional Premium** - - "You" must pay any additional premium due from the date "you" purchase the "additional equipment."

44. In the Declination Letter, OCIC concluded:

> We have determined that the 2017 Magni RTH 5.35 00001303 is not listed on the schedule and would not be considered covered property. As outlined in the wording above, the equipment must be listed on the schedule or must be purchased within the past 60 days for coverage to apply.

45. In a September 17, 2025 letter (the "Rejoinder Letter"), Hawk, by counsel, disputed OCIC's declination of coverage based on the differing serial numbers and highlighted that at no did Plaintiff own more than one Mangi rotating telescoping forklift. A true and complete copy of the Rejoinder Letter is annexed hereto as **Exhibit N.**

46. In the Rejoinder Letter, Hawk highlighted that in New Jersey, insurance policies are deemed contracts of adhesion, writing:

> New Jersey Courts recognize that insurance policies are contracts of adhesion and, as such, are subject to special rules of interpretation. *Longobardi v. Chubb Ins. Co.,* 121 *N.J.* 530, 537 (1990); *Meier v. New Jersey Life Ins. Co.,* 101 *N.J.* 597, 611–12 (1986).

Attorney ID No. 034882005

As the New Jersey Supreme Court noted in *Allen v. Metropolitan Life Insurance Co.*, 44 *N.J.* 294, 305 (1965), an insurance company is "expert in its field and its varied and complex instruments are prepared by it unilaterally whereas the assured or prospective assured is a layman unversed in insurance provisions and practices."

47.    Hawk emphasized to OCIC that insurance contracts must be construed as to comport with the reasonable expectations of the insured:

> [I]nsurance policies must be construed to comport with the reasonable expectations of the insured. *American Motorists Ins. Co. v. L-C-A Sales Co.*, 155 *N.J.* 29, 41 (1998); *see also DiOrio v. New Jersey Mfrs. Ins. Co.*, 79 *N.J.* 257, 269 (1979) ("Recognizing the position of laymen with respect to insurance policies prepared and marketed by the insurer, our courts have endorsed the principle of giving effect to the 'reasonable expectations' of the insured for the purpose of rendering a 'fair interpretation' of the boundaries of insurance coverage."); Allen v. Metropolitan Life Ins. Co., 44 *N.J.* 294, 305 (1965)("[An insured's] reasonable expectations in the transaction may not justly be frustrated and courts have properly molded their governing interpretative principles with that uppermost in mind.").

48.    Further, Hawk explained to OCIC that the discrepancy in the serial numbers was not material because two days after notifying OCIC of the damage to the Replacement Forklift, OCIC issued an endorsement the Policy substituting the Replacement Forklift's serial number, 00001303, on the Equipment Schedule for the Original Forklift's serial number, 00001190, with no change in premium.

49.    As Hawk urged OCIC in the Rejoinder letter:

> the proper test of materiality is whether an incorrect statement on an application "naturally and reasonably influence[d] the judgment of the underwriter in making the contract at all, or in estimating the degree or character of the risk, or in fixing the rate of premium." [*Massachusetts Mut. Ins. Co. v.*] *Manzo*, [122 *N.J.* 104] at 115 (1991), citing *Kerpchak v. John Hancock Mt. Ins. Co.*, 97 *N.J.L.* 196, 198 (*N.J. Err. & App.* 1922).

50.    Thus, OCIC coverage declination embodies the insurance industry's "unholy mantra" of "we collect premiums, we do not pay claims." *Ownes-Illinois, Inc. v. United Ins. Co.*, 264 *N.J. Super.* 460, 491 (App. Div. 1993).

Attorney ID No. 034882005

51.    In a September 24, 2025 letter, OCIC informed Hawk that it was maintaining the position set forth in the declination letter. A true and complete copy of OCIC's September 24, 2025 correspondence is annexed as Exhibit O.

## COUNT ONE AGAINST OCIC
### (Declaratory Relief)

52.    Hawk repeats and incorporates each of the allegations set forth in the previous paragraphs as if fully set forth at length herein.

53.    There is an actual and present justiciable controversy in which plaintiff has an interest concerning OCIC's obligations under the Policy to indemnify Hawk for the damages the Replacement Forklift sustained on June 11, 2025.

54.    Hawk seeks a judicial declaration that OCIC is obligated under the Policy to indemnify Hawk for the damages the Replacement Forklift sustained on June 11, 2025.

55.    A judicial interpretation is necessary and appropriate now to permit Hawk to determine its rights under the Policy.

**WHEREFORE**, Plaintiff, Hawk Builders LLC, demands a judgment declaring that defendant The Ohio Insurance Company is obligated under the Policy to indemnify Plaintiff for the damages the Replacement Forklift sustained on June 11, 2025 together with such other and further relief as this court deems just, equitable, and proper, including but not limited to compensatory damages, consequential damages, pre-judgment and post-judgment interest, attorneys' fees and costs of suit.

## COUNT TWO AGAINST OCIC
### (Contract Reformation)

56.    Hawk repeats and incorporates each of the allegations set forth in the previous paragraphs as if fully set forth at length herein.

11

Attorney ID No. 034882005

57.     Hawk mistakenly believed that the renewal premiums it paid OCIC to maintain the Policy were paid to insure the Replacement Forklift.

58.     Hawk intended and expected the Policy to insure the only Magni rotating, projecting, forklift that Hawk owned.

59.     OCIC intended the Policy to insure the Magni rotating, projecting, forklift as demonstrated by the description contained on the Policy's Equipment Schedule.

60.     OCIC mistakenly believed that the Policy insured the Original Forklift notwithstanding that at no time after July 9, 2021 and on June 11, 2025, Hawk had no insurable interest in the Original Forklift.

61.     Both Hawk and OCIC were mutually mistaken about what equipment the Policy incepting on May 25, 2025 insured, but both parties intended that the Policy insure the only Magni rotating, projecting, forklift that Hawk owned.

62.     Reformation of the Policy to substitute the Replacement Forklift, serial number 00001303, on the "Equipment Schedule" as of July 9, 2021, in place and instead of the Original Forklift, serial number 00001190, to comport with the parties' intentions is necessary and appropriate now to prevent the unconscionable result Hawk's forfeiting the insurance coverage for which it had paid premiums since May 2020.

WHEREFORE, Plaintiff Hawk Builders LLC demands that judgment be entered reforming the Policy's "Equipment Schedule" as of July 9, 2021 by substituting the Replacement Forklift, serial number 00001303, for the Original Forklift, serial number 0000190, a judgment declaring that defendant The Ohio Insurance Company is obligated under the Policy to indemnify Plaintiff for the damages the Replacement Forklift sustained on June 11, 2025, together with such other and further relief that this Court deems just, equitable and proper including, but not limited

Attorney ID No. 034882005

to compensatory damages, consequential damages, pre-judgment and post-judgment interests, attorneys' fees and costs of suit.

### COUNT THREE AGAINST OCIC
#### (Breach of the Implied Covenant of Good Faith and Fair Dealing)

63.     Hawk repeats and incorporates each of the allegations set forth in the previous paragraphs as if fully set forth at length herein.

64.     The Policy that OCIC issued to Hawk is a legal and binding contract;

65.     As an insured under the Policy, Hawk maintained a reasonable expectation that OCIC would indemnify it against any damage to the Magni rotating, projecting, forklift and paid OCIC annual premiums for this coverage.

66.     OCIC accepted Hawk's premium payments for the Policy, but then disclaimed coverage any obligation to pay Hawk for the damage sustained by the Replacement Forklift on June 11, 2025.

67.     As a foreseeable consequence of OCIC's declination of coverage in breach of the implied covenant of good faith and fair dealing and refusal to pay for repairing the damage to the Replacement Forklift, in addition to the Loss of $160,778.63 to repair the Replacement Forklift, Hawk has sustained, continues to sustain, and will in the future sustain damages including the following:

C. Dente Towing and Trucking                                    $ 22,590.00
(cost of 2 0 50 ton wreckers on site to upright &
recover the damaged Replacement Forklift)

Best Solutions Contractor                                       $ 12,475.13
(Clean up of spill of Magni machine hydraulic
fluid, antifreeze, debris)

Apollo Crane and Lift Services                                  $  2,174.09
(Crane services)

13

Attorney ID No. 034882005

| | |
|---|---|
| United Rental (Magni Rent)<br>(Rental of substitute rotating forklift) | $ 23,146.59 |
| PL Road Equipment Repair LLC | $   6,355.00 |
| PL Road Equipment Repair LLC | $      874.70 |
| Cruz Hauling | $      800.00 |
| United Rental (Magni Winch) | $ 22,704.18 |

WHEREFORE, Hawk demands judgment against OCIC for damages in an amount to be determined at trial, but in no event less that $275,000, in addition to any other relief deemed just, proper, and equitable, including but not limited to compensatory damages, consequential damages, pre-judgment and post-judgment interest, attorneys' fees and costs of suit.

### COUNT FOUR AGAINST OCIC
#### (Attorneys' Fees)

68.    Hawk repeats and incorporates each of the allegations set forth in the previous paragraphs as if fully set forth at length herein.

69.    *Rule* 4:42-9(6) provides for an award of attorney's fees in any action "upon a liability or indemnity policy of insurance, in favor of a successful claimant."

WHEREFORE, if successful in this action, Hawk Builders LLC demands an award of attorney's fees together with such other and further relief as this Court deems just, proper, and equitable.

**CLARK GULDIN**
*Attorneys for Plaintiff*
*Hawk Builders LLC*

By: _____
Jonathan T. Guldin, Esq.

Dated November 19, 2025

14

Attorney ID No. 034882005

## DESIGNATION OF TRIAL COUNSEL

Pursuant to and in accordance with *Rule* 4:5-1(c), Jonathan T. Guldin, Esq. is hereby designated as trial counsel for Plaintiff.

## CERTIFICATION PURSUANT TO *Rule* 4:5-1(b)(2)

Pursuant to and in accordance with *Rule* 4:5-1(b)(2), the undersigned, attorneys for the Hawk Builders LLC, hereby certify that the within matter is not the subject of any other action or arbitration proceeding and no other action or arbitration proceeding is contemplated. I further certify that I am unaware of any non-party who should be joined in this action pursuant to *Rule* 4:28 or who is subject to joinder pursuant to *Rule* 4:29-1(b) because of potential liability to any party on the basis of the same transactional facts. Hawk Builders LLC nevertheless reserves the right to add parties upon the completion of discovery. I acknowledge the continuing obligation to amend this certification pursuant to *Rule* 4:5-1(b)(2). I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Attorney ID No. 034882005

## CERTIFICATION PURSUANT TO R. 4:5-1(b)(3)

The undersigned, attorneys for Hawk Builders LLC, hereby certifies that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

**CLARK GULDIN**
*Attorneys for Plaintiff*
*Hawk Builders, LLC*

Dated: November 19, 2025

By: _____
Jonathan T. Guldin, Esq.

# EXHIBIT A

# Invoice

**MAGNI AMERICA, LLC**
www.magnith.com
616 West 1st Avenue
Roselle, NJ 07203

| Date | Invoice # |
|------|-----------|
| 6/1/2020 | 8293 |

PAID
06/23/2020

| Bill To |
|---------|
| HAWK BUILDERS, LLC<br>7905 BROWNING ROAD<br>SUITE 206<br>PENNSAUKEN, NJ 08109 |

| Ship To |
|---------|
| MAGNI AMERICA, LLC<br>616 WEST 1ST AVENUE<br>ROSELLE, NJ 07203 |

| Model # | S/N | P.O. Number | Terms | Due Date | Ship Date | F.O.B. |
|---------|-----|-------------|-------|----------|-----------|--------|
| RTH 5.39.S | 00001190 | | Due on receipt | 6/1/2020 | 5/29/2020 | ROSELLE, NJ |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | RTH5.39S | MAGNI TELEHANDLER RTH 5.39 S S/N 00001190 | 219,674.00 | 219,674.00T |
| 1 | 13100 | USED: W 5 1 - WINCH 5000 KG (5 TON) S/N AC003570 | 0.00 | 0.00T |
| 1 | 12700 | USED: MAGNI 2,200 LB EXTENDABLE WORK | 0.00 | 0.00T |
| | | PLATFORM/BASKET S/N AC004339 | | |
| | | NJ TAX UEZ | 3.3125% | 7,276.70 |

WIRE TRANSFER INFO:
PLEASE CALL US FOR BANK INFORMATION.
(908) 280-8899 X108

PLEASE MAKE CHECKS PAYABLE TO: MAGNI AMERICA, LLC

| Payments/Credits | -$226,950.70 |
|------------------|--------------|
| **Balance Due** | $0.00 |

# EXHIBIT B



June 12, 2025

RE: Hawk Builders

To whom it may concern,

This letter confirms that Hawk Builders purchased the Magni model & serial number listed below:

Model: RTH 5.35 S

S/N:    00001303

This machine was swapped out on July 7, 2021. (Former machine S/N 00001190)

Unfortunately, I am unable to locate any other documents related to this transaction, aside from what is listed below.

Kind regards,

Tara L. Tryde

Director of Finance

Attachments:

Declaration of Conformity

Certificate of Origin/MSO

Invoice from original sale of S/N 00001190

BOL for the swap of the machines

651 N. Michigan Avenue, Kenilworth, NJ 07033
Toll Free: 844-2ROTATE    Main: (908) 280-8899    Fax: (908) 684-1000    www.magnith.com
Exclusive Importer and Distributor of MAGNI Products

# "CE" and ANSI-B56.6 DECLARATION of CONFORMITY



The undersigned Dott. Riccardo Magni, as Legal Representative of Company

**MAGNI TELESCOPIC HANDLERS S.r.l.**
Via Magellano 22
41013 Castelfranco Emilia (MO) Italy

as a person authorized to compile and store the Technical File,

### DECLARES

under his sole responsibility

that the machine:

## Rotating telescopic forklift

| | |
|---|---|
| MODEL: | RTH 5.35 S-M/C |
| SERIAL NUMBER: | 00001303 |
| YEAR OF PRODUCTION: | 2017 |

conforms with the following directives:

---

2006/42/CE as per Annex II, Part 1; Letter A

ANSI-B56.6 – 2016

Environmental Protection Agency (EPA) non road engine regulations

---

DPR 262/2002
2005/88/CE
2000/14/CE procedure implemented in accordance with Annex VI
   Notified body: ECO Certificazioni S.p.a., via Mengolina 33; 48018 Faenza (RA) Italy Notified body
   n° 0714
   Net installed power (kW) 170
   Measured sound power level LwA 107 dB(A)
   Guaranteed sound power level LwA 109 dB(A)

2014/30/UE

---

* It also conforms with the following harmonized regulations:

   EN ISO 12895:2002 Industrial Trucks- Electromagnetic Compatibility;

MAGNI TELESCOPIC HANDLERS S.r.l.
Dott. Riccardo Magni
Legal Representative

Castelfranco Emilia (MO) Italy 06/10/2017

ORIGINALE

MAGNI TELESCOPIC HANDLERS SRL
VIA MAGELLANO, 22
41013 CASTELFRANCO E. (MO) ITALY

2  Destinatario - Destinataire - Consignee - Destinatario

MO 2017 - 25752

**COMUNITÀ EUROPEA**
COMMUNAUTÉ EUROPÉENNE
EUROPEAN COMMUNITY    COMUNIDAD EUROPEA

**CERTIFICATO DI ORIGINE**
CERTIFICAT D'ORIGINE
CERTIFICATE OF ORIGIN  CERTIFICADO DE ORIGEN

PARAMOUNT EQUIPMENT, LLC
805 LEHIGH AVE.
UNION, NJ 07083
USA

3  Paese d'origine - Pays d'origine - Country of origin - País de origen

EUROPEAN COMMUNITY: ITALY

4  Informazioni riguardanti il trasporto (indicazione facoltativa)
Informations relatives au transport
Transport details - Expedicion

5  Osservazioni - Remarques - Remarks - Observaciones

AS PER INVOICE N: FTE1700663 DD 27/09/17

BY VESSEL

| 6  N. d'ordine; marche; numeri; quantità e natura dei colli; denominazione delle merci<br>N° d'ordre; marques; numéros, nombre et nature des colis; désignation des merchandises<br>Item number; marks, numbers; number and kind of packages; description of goods<br>N° de orden; marcas, numeros; nombre y naturaleza de los bultos; descripcion de las mercancias | 7  Quantità<br>Quantité<br>Quantity -<br>Cantidad |
|---|---|
| 001 – RTH 5.35 S-M/C<br>serial number 00001303 – Engine nr. 933.912-C-0092270 | NR. 1 |
| 002 – Q-FIT TYPE 1 | NR. 1 |
| 003 – FORKS FC ST SH 1<br>serial number AC004204 | NR. 1 |
| 004 – RADIOCONTROL RTH USA | NR. 1 |
| 005 – CAMERA ON BOOM AND ON BACK | NR. 1 |
| 006 – TWO LED LIGHTS ON CAB - FRONT | NR. 1 |
| 007 – TWO LED LIGHTS ON CAB - REAR | NR. 1 |
| 008 – TWO LED LIGHTS ON BOOM | NR. 1 |
| 009 – LADDER | NR. 1 |
| 010 – PLASTIC PADS FOR STABILIZERS | NR. 1 |

8  La sottoscritta Autorità certifica che le merci supra elencate sono originarie del paese menzionato nel riquadro 3
L'Autorité soussignée certifie que les merchandises designées ci-dessus sont originaires du pays figurant dans la case N° 3
The undersigned Authority certifies that the goods described above originate in the country shown in box 3
La Autoridad infrascrito certifica que las mercancias designadas son originarias del país indicado en la casilla N° 3

Modena, 2 4 OTT. 2017

IL DELEGATO ALLA FIRMA



# Invoice

**MAGNI AMERICA, LLC**
www.magnith.com
616 West 1st Avenue
Roselle, NJ 07203

| Date | Invoice # |
| --- | --- |
| 6/1/2020 | 3293 |

PAID 06/23/2020

**Bill To**

HAWK BUILDERS, LLC
7905 BROWNING ROAD
SUITE 206
PENNSAUKEN, NJ 08109

**Ship To**

MAGNI AMERICA, LLC
616 WEST 1ST AVENUE
ROSELLE, NJ 07203

| Model # | S/N | P.O. Number | Terms | Due Date | Ship Date | F.O.B. |
| --- | --- | --- | --- | --- | --- | --- |
| RTH 5.39 S | 00001190 | | Due on receipt | 6/1/2020 | 5/29/2020 | ROSELLE, NJ |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | RTH15.39S | MAGNI TELEHANDLER RTH 5.39 S S/N 00001190 | 219,674.00 | 219,674.00T |
| 1 | 13100 | USED: W 5 1 - WINCH 5000 KG (5 TON) S/N AC003570 | 0.00 | 0.00T |
| 1 | 12700 | USED: MAGNI 2,200 LB EXTENDABLE WORK PLATFORM/BASKET S/N AC004339 | 0.00 | 0.00T |
| | | NJ TAX UEZ | 3.3125% | 7,276.70 |

WIRE TRANSFER INFO:
PLEASE CALL US FOR BANK INFORMATION.
(908) 280-8899 X108

PLEASE MAKE CHECKS PAYABLE TO: MAGNI AMERICA, LLC

| Payments/Credits | -$226,950.70 |
| --- | --- |
| **Balance Due** | **$0.00** |

Date: 7/7/2021          BILL OF LADING – SHORT FORM – NOT NEGOTIABLE          Page 1 of 1

| SHIP FROM | | Bill of Lading Number: HAWK BUILDERS |
|---|---|---|
| MAGNI AMERICA, LLC.<br>616 WEST 1ST AVENUE<br>ROSELLE, NJ 07203 | SANDRA<br>908-280-8899<br>EXT: 115 | MARK MOVE: SOLD – PO# NA |

| SHIP TO | Carrier Name: DENTE TOWING AND HAULING |
|---|---|
| HAWK BUILDERS | Truck number: 121 |
| | Trailer number: |
| | Driver Name & # CHRIS 973-344-1010 |

| THIRD PARTY FREIGHT CHARGES BILL TO | SCAC: |
|---|---|
| [Name]<br>[Street Address]<br>[City, ST ZIP Code] | Pro Number:<br>BAR CODE SPACE |
| Special Instructions: | Freight Charge Terms (freight charges are prepaid unless marked otherwise):<br>Prepaid ☒ Collect ☐ 3rd Party ☐<br>☐ Master bill of lading with attached underlying bills of lading. |

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| Customer Order No. | # of Packages | Weight | Pallet/Slip<br>(circle one) | Additional Shipper Information |
| | | | Y    N | |
| Grand Total | | | | |

| CARRIER INFORMATION | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Handling Unit | | Package | | | | Commodity Description | | | LTL Only | |
| Qty | Type | Qty | Type | Weight | HM (X) | Commodity NAM requires special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | | | NMFC No. | Class |
| 1 | EA | | | | | MAGNI MACHINE: RTH 5.35       S/N: 00001303 | | | | |
| 1 | EA | | | | | MAGNI REMOTE: T0F906281 | | | | |

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

Shipper Signature _____

| Shipper Signature/Date | Trailer Loaded: | Carrier Signature/Pickup Date |
|---|---|---|
| *[signature: Sandra Kerr]*<br>(PRINT)<br>*[signature]*<br>(SIGNATURE) | ☐ By shipper<br>☐ By driver<br><br>Freight Counted:<br>☐ By shipper<br>☐ By driver/pallets said to contain<br>☐ By driver/pieces | *[signature]*<br>(PRINT)<br><br>*[signature]*<br>(SIGNATURE)       DATE  7-21 |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Date: 7/7/2021    BILL OF LADING – SHORT FORM – NOT NEGOTIABLE    Page 1 of 1

| SHIP FROM | Bill of Lading Number: HAWK BUILDERS |
|---|---|
| HAWK BUILDERS | MARK MOVE: MACHINE SWAP |

| SHIP TO | Carrier Name: DENTE TOWING AND HAULING |
|---|---|
| Magni America<br>616 West 1st Avenue<br>Roselle, NJ 07203 | SANDRA<br>KEWCHAROEN<br>908-280-8899 | Truck number: 131<br>Trailer number:<br>Serial number(s): CHRIS 973-344-1010 |

| THIRD PARTY FREIGHT CHARGES BILL TO | SCAC: |
|---|---|
| [Name]<br>[Street Address]<br>[City, ST ZIP Code] | Pro Number:<br>BAR CODE SPACE |

Special Instructions:

Freight Charge Terms (Freight charges are prepaid unless marked otherwise):
Prepaid ☐  Collect ☐  3rd Party ☐

☐ Master bill of lading with attached underlying bills of lading.

## CUSTOMER ORDER INFORMATION

| Customer Order No. | # of Packages | Weight | Pallet/Slip (circle one) | Additional Shipper Information |
|---|---|---|---|---|
| | | | Y  N | |
| | | | Y  N | |
| | | | Y  N | |
| Grand Total | | | | |

## CARRIER INFORMATION

| Handling Unit | | Package | | | | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360. | NMFC No. | Class |
| 1 | EA | | | | | MAGNI RTH 5.35 S/ S/N 00001190 | | |
| 1 | EA | | | | | MAGNI REMOTE CONTROL; S/N T0F907896 | | |

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

Shipper Signature

| Shipper Signature/Date | Trailer Loaded: | Carrier Signature/Pickup Date |
|---|---|---|
| *Sandra Kule* [signature]<br>[PRINT]<br><br>(SIGNATURE) | ☐ By shipper<br>☐ By driver<br><br>Freight Counted:<br>☐ By shipper<br>☐ By driver/pallets said to contain<br>☐ By driver/pieces | E. V.  [signature]<br>[PRINT]<br>(SIGNATURE)<br><br>DATE 7-7-21 |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

# EXHIBIT C

**Debora Pitman**

| | |
|---|---|
| **Subject:** | FW: Magni Follow-Up on Machine Replacement Documentation |
| **Attachments:** | 0798_001.pdf; 0799_001.pdf |

**From:** Joseph Leinwol <joe@magniamerica.com>
**Sent:** Friday, September 19, 2025 9:45 AM
**To:** glenn@thehawkbuilders.com
**Subject:** Magni Follow-Up on Machine Replacement Documentation

Good Morning Glenn,

As discussed, I am resending the letter from **June 12, 2025** confirming that on **July 7, 2021** we took back the original machine **RTH5.35 Serial #1190** and replaced it with **RTH5.35 Serial #1303**.

The original unit (Serial #1190) was repaired by Magni and subsequently sold and delivered to **United Rentals** on **January 13, 2022** under their Purchase Order **#16834477**. I can also confirm that I personally assisted United Rentals with a service issue on **Serial #1190** as recently as **September 9, 2025** at their Boston, MA location — so that is where the machine is currently in operation.

At this stage, I'm not sure what additional information your insurance company could possibly require, but I am here to assist if you need anything further.



Best regards,
*Joe Leinwol*
*Northeast Senior Regional*
*Sales Manager*
**Mobile:** (917)797-8022
**Office:** 908-280-8899
**Email:** joe@magniamerica.com

**Toll-Free Hotlines:**
**Sales:** 833-MagniUS (833-624-6487)
**Service/Parts:** 888-MagniService (888-624-6473)

**Magni America LLC**
651 N. Michigan Ave, Kenilworth, NJ 07033
www.magnith.com

1

# EXHIBIT D

# ⓊUnited Rentals®

BRANCH 76A
180 TALLMADGE RD
EDISON NJ 08817-2860
908-755-0098
908-755-2432 FAX

## WORK ORDER ESTIMATE

# # 249906140

| | |
|---|---|
| Customer # | : 5243421 |
| Estimate Date | : 07/01/25 (Expires 09/29/2 |
| UR Job Loc | : 450 W WESTFIELD AVE, ROSE |
| UR Job ID | : 12 |
| Customer Job ID: | |
| P.O. # | : TBD |
| Authorized | : |
| Written by | : MICHEL BUTEAU JR |

**Job Site**

FERNMOOR HOMES PROJECT
450 W WESTFIELD AVE
ROSELLE PARK NJ 07204-1840

Office: 862-235-8320 Cell: 856-813-7922

HAWK BUILDERS LLC
7905 BROWNING RD STE 208
PENNSAUKEN NJ 08109-4320

**This is not an invoice
Please do not pay from this document**

| EQUIP # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| COE302442 | MAGNI | RTH 5.35S | 1303 | ROT TELEHANDLER 919- |
| CustEqp#: 1303 | | Hr Meter: 3352.000 | | Cat/Class 233-2120 |

PARTS:

| Qty | Part Number | Description | StkCl | Bin Loc | Unit of Measure | Price | Extended |
|---|---|---|---|---|---|---|---|
| 10 | 01460 | SCREW | MAGNI | | EACH | 13.480 | 134.80 |
| 1 | 03556.I | FRAME | MAGNI | | EACH | 9636.500 | 9,636.50 |
| 1 | 03958.G | GLASS | MAGNI | | EACH | 903.120 | 903.12 |
| 2 | 04936.A | ROLLER BEARING | MAGNI | | EACH | 168.850 | 337.70 |
| 1 | 05099 | LAMP, REAR LEFT | MAGNI | | EACH | 162.050 | 162.05 |
| 1 | 08236 | LOCK, SHROUD | MAGNI | | EACH | 247.400 | 247.40 |
| 1 | 08649 | WIPER ARM | MAGNI | | EACH | 75.060 | 75.06 |
| 1 | 08650 | MOTORE TERGICRIST, P | MAGNI | | EACH | 487.930 | 487.93 |
| 1 | 09371 | CAB AIR FILTER | MAGNI | | EACH | 134.200 | 134.20 |
| 1 | 09737 | HEADLAMP, RIGHT | MAGNI | | EACH | 353.440 | 353.44 |
| 1 | 09738 | HEADLAMP, LEFT | MAGNI | | EACH | 353.440 | 353.44 |
| 1 | 09931 | MIRROR | MAGNI | SHELF 1 | EACH | 113.200 | 113.20 |
| 4 | 13077 | SCREW M20X120 | MAGNI | | EACH | 15.300 | 61.20 |
| 36 | 13848 | SCREW | MAGNI | | EACH | 22.230 | 800.28 |
| 1 | 17016 | SOLENOIDSWITCH | MAGNI | | EACH | 336.620 | 336.62 |
| 2 | 17967 | JACK | MAGNI | | EACH | 20517.920 | 41,035.84 |
| 1 | 18170.A.RMAGNI | HOUSING | MAGNI | | EACH | 2832.780 | 2,832.78 |
| 1 | 18337.B | RADIATOR | MAGNI | | EACH | 8970.530 | 8,970.53 |
| 1 | 19104 | PIPING MOUNTING | MAGNI | | EACH | 106.130 | 106.13 |
| 4 | 19107.A | LAMP | MAGNI | | EACH | 328.750 | 1,315.00 |
| 2 | 19123 | COMB TUBES | MAGNI | | EACH | 82.520 | 165.04 |
| 1 | 19134 | STIRRUP | MAGNI | | EACH | 34.420 | 34.42 |
| 36 | 20265 | DADO, SS M20 BASSO CL | MAGNI | | EACH | 2.700 | 97.20 |
| 36 | 20268 | NUT | MAGNI | | EACH | 13.600 | 489.60 |
| 1 | 21040 | BONNET - RTH 5.30 | M | MAGNI | PIECE | 1143.530 | 1,143.53 |
| 1 | 21059 | HOSE | MAGNI | | EACH | 226.560 | 226.56 |
| 1 | 21060 | HOSE | MAGNI | | EACH | 225.950 | 225.95 |
| 1 | 21061 | HOSE | MAGNI | | EACH | 226.560 | 226.56 |
| 1 | 21062 | HOSE | MAGNI | | EACH | 237.840 | 237.84 |
| 1 | 23094 | FILTER, HYD | MAGNI | SHELF 5 | EACH | 268.330 | 268.33 |
| 1 | 23323 | FILTER, FUEL PRE | MAGNI | SHELF 5 | EACH | 293.090 | 293.09 |
| 1 | 23550 | FILTER, FUEL PRIMARY | MAGNI | SHELF 3 | EACH | 150.510 | 150.51 |
| 1 | 23551 | FILTER, ENGINE OIL | MAGNI | SHELF 5 | EACH | 96.570 | 96.57 |
| 1 | 23786 | GLASS | MAGNI | | EACH | 836.470 | 836.47 |
| 1 | 23865 | REAR RIGHT LAMP | MAGNI | | EACH | 162.050 | 162.05 |
| 1 | 27023 | HYDRAULIC MOTOR | MAGNI | | EACH | 3800.180 | 3,800.18 |
| 1 | 35138 | GRID FOR LOAD PROTEC | MAGNI | | EACH | 650.930 | 650.93 |

CONTINUED...

ENVIRONMENTAL SERVICE CHARGE   Due to the hazardous nature of some waste and other products, to comply with federal and state environmental regulations, and to promote a clean environment, United charges an Environmental Service Charge for certain services. This is not a government-mandated charge. The Environmental Service Charge is not designated for any particular use and is used at United's discretion. The Environmental Service Charge is 2.0% of the fees charged for items listed and will not exceed $98. Customer acknowledges this item is indicated above and subject to the Environmental Service Charge and Customer agrees to pay that Charge.
SHOP SUPPLIES CHARGE   The total labor amount indicated above is subject to a charge which represents the costs and profits to United Rentals for the use of miscellaneous shop supplies in connection with the labor and other services provided to Customer (the "Shop Supplies Charge"). The Shop Supplies Charge is four percent (4%) of the total amount for labor and will not exceed $75.00 per Work Order.
FUEL: Fuel charges do not include federal, state, or local excise taxes.
CREDIT CARD SURCHARGE   Where permitted by law, United may impose a surcharge of 2.0% for credit card payments on charge accounts.

READ BEFORE SIGNING   By signing below or accepting the Service, Customer agrees that Customer has received, read and agreed to the Work Order Terms in and applicable to this Work Order, which are updated from time to time and posted online at www.unitedrentals.com/legal/workorder and incorporated by reference into, and form an integral part of, this Work Order. By agreeing to the Work Order Terms, Customer authorizes United to perform the services and agrees (1) to indemnify United for losses relating to this transaction; (2) that United's liability to Customer and any other person are limited; and (3) that United makes no warranties, express or implied, including without limitation, warranties of merchantability, quality or fitness for a particular purpose. Los Términos de la Orden de Trabajo están disponibles en español en línea en http://www.unitedrentals.com/legal/workorder-es.

X

| CUSTOMER SIGNATURE | DATE | CUSTOMER NAME PRINTED | UNITED RENTALS REPRESENTATIVE/DELIVERED BY DATE |
|---|---|---|---|

A PAPER COPY OF THE WORK ORDER TERMS IS AVAILABLE UPON REQUEST.

Page 1

# ⏺ United Rentals®

BRANCH 78A
190 TALMADGE RD
EDISON NJ 08817-2860
908-755-0498
908-753-2432 FAX

FERNMOOR HOMES PROJECT
450 N WESTFIELD AVE
ROSELLE PARK NJ 07204-1840

Office: 862-235-8320 Cell: 856-813-7922

HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109-4320

## WORK ORDER ESTIMATE

# # 249906140

| Customer # | : 5243421 |
|---|---|
| Estimate Date | : 07/01/25 (Expires 08/29/2 |
| UR Job Loc | : 450 N WESTFIELD AVE, ROSE |
| UR Job @ | : 12 |
| Customer Job ID: | |
| P.O. # | : TBD |
| Authorized | : |
| Written by | : MICHEL BUTEAU JR |

### This is not an invoice
### Please do not pay from this document

| EQUIP # | Make | Model | Serial # | | Description | |
|---|---|---|---|---|---|---|
| COB302442 | MAGNI | RTH 5.35S | 1303 | | ROT TELEHANDLER 9.9- | |
| CustBgd: 1303 | | Hr Meter: | 3392.000 | | Cat/Class 233-2120 | |
| 1 | 69842 | CAMERA | MAGNI | V20J1A | EACH | 1,644.08 |
| 1 | 73262 | CAMERA KIT HD | MAGNI | | EACH | 3,559.43 |
| 8 | COOLANT | COOLANT/ANTIFREEZE/W | MCI | | EACH | 143.50 |
| 5 | OIL | MOTOR OIL | MCI | | EACH | 146.80 |
| 40 | HYD OIL | HYDRAULIC OIL | MCI | | EACH | 1,174.00 |
| 1 | 03956.C | GLASS | MAGNI | | EACH | 876.18 |
| 1 | 10102.I.RMAGNI | MUD GUARD | MAGNI | | EACH | 1,171.83 |
| 2 | 4DLT-VHD | BATTERY, 12V, GROUP | INTER | BATTERY | BATTERY | 498.54 |
| 1 | 08131.C | LOCKING PIN | MAGNI | | EACH | 251.65 |
| 2 | 10101.I.RMAGNI | MUG GUARD | MAGNI | | EACH | 2,556.76 |
| 1 | FR.PARTS | FREIGHT ON PARTS | MCI | | EACH | 5,000.00 |
| 1 | SHOP | SHOP SUPPLIES | MCI | | EACH | 75.00 |
| 1 | ENV | ENVIRONMENTAL SERVIC | MCI | | EACH | 99.00 |
| | External Work | WELD REPAIR | | | | 8,000.00 |
| | | PAINT | | | | 6,000.00 |

LABOR:

| Mechanic | Hours Work | Service Date | Rate | Extended |
|---|---|---|---|---|
| ERIC COHEN | 7.00 COE-DIAGNOSTIC | 06/25/25 | 244.00 | 1,708.00 |
| ERIC COHEN | 5.50 COE-DIAGNOSTIC | 06/26/25 | 244.00 | 1,342.00 |
| ERIC COHEN | 9.00 COE-DIAGNOSTIC | 07/27/25 | 244.00 | 2,196.00 |
| ERIC COHEN | 7.00 COE-DIAGNOSTIC | 06/30/25 | 244.00 | 1,708.00 |
| ERIC COHEN | 24.00 COE-GENERAL LABOR | 11/11/11 | 244.00 | 5,856.00 |
| ERIC COHEN | 24.00 COE-GENERAL LABOR | 11/11/11 | 244.00 | 5,856.00 |
| ERIC COHEN | 24.00 COE-GENERAL LABOR | 11/11/11 | 244.00 | 5,856.00 |
| ERIC COHEN | 24.00 COE-GENERAL LABOR | 11/11/11 | 244.00 | 5,856.00 |
| ERIC COHEN | 24.00 COE-GENERAL LABOR | 11/11/11 | 244.00 | 5,856.00 |
| ERIC COHEN | 24.00 COE-GENERAL LABOR | 11/11/11 | 244.00 | 5,856.00 |

ISSUE:
ESTIMATE FOR THE FOLLOWING REPAIRS:
-CAB IS HIT / DAMAGED. NEEDS TO BE REPLACED.
-TOP EXTEND CYLINDER BROKEN / DAMAGED. NEEDS TO BE
REPLACED.
-FULL RADIATOR REPLACMENT .
-BATTERY DISCONNECT SWITCH REPLACEMENT
-ENGINE SIDE FENDERS AND ENGINE COVER DAMAGED.NEED
TO BE REPLACED.
-BATTERIES + WEAR PAD STUDS NEED TO BE REPLACED.

CONTINUED....

**United Rentals**

BRANCH 70A
180 TALMADGE RD
EDISON NJ 08817-2880
908-755-0498
908-755-2432 FAX

# WORK ORDER ESTIMATE

# 249906140

FERNMOOR HOMES PROJECT
450 W WESTFIELD AVE
ROSELLE PARK NJ 07204-1840

Office: 862-235-8320 Call: 856-813-7922

| | |
|---|---|
| Customer # | : 5243421 |
| Estimate Date | : 07/01/25 (Expires 09/29/2 |
| UR Job Loc | : 450 W WESTFIELD AVE, ROSE |
| UR Job # | : 13 |
| Customer Job ID: | |
| P.O. # | : TBD |
| Authorized | : |
| Written by | : MICHEL BUTEAU JR |

HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109-4320

**This is not an invoice
Please do not pay from this document**

| EQUIP # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| COE302442 | MAGNI | RTH 5.35S | 1303 | RTH TELEHANDLER 9.5- |
| CustEqp#: 1303 | | Hr Meter: 3392.000 | | Cat/Class 233-2120 |

-FRONT HEADLIGHTS / REAR TAI LIGHTS DAMAGED. NEEDS
TO BE REPLACED.
-DRIVERS SIDE REAR FENDER +FRONT COVER AIR CLEANER
+ RIGHT SIDE MIRROS NEED TO BE REPLACED.
-TOP RIGHT OF MAIN BOOM HYDRAULIC LINES AND BRACKE
T THAT HOLDS LINES DAMAGED. NEEDS TO BE REPLACED.
-TURRET PIN BENT. NEEDS TO BE CUT OUT AND REPLACED
-DEFECTIVE TURRET ROTATOR MOTOR. NEEDS TO BE
REPLACED.
-DRIVING MACHINE TO POWER WASH , SHUTS DOWN C
COMPLETELY. WENT THRU ALL COMPUTERS , SENSORS ,
ELECTRONICS AND STILL HAVING ISSUES. HAD TO REPAIR
AND CLEAN UP WIRING TO FINISH DIAGNOSTICS.
-INTERIOR CAB DAMAGED. RADIO , SPEAKERS , GLASS
WIPERS , AND SCREEN NOT VISIBLE. INTERIOR NEEDS
REPLACEMENT.
-NEEDED TO ADD 3 GALLONS ANTIFREEZE AND 2 QTS
MOTOR OIL TO FINISH DIAGNOSTICS.
-UNIT WILL NEED FULL SERVICE AFTER REPAIRS
COMPLETED TO ENSURE EVERYTHING WORKING AS SHOULD.
( ENGINE SERVICE / HYDRAULIC SERVICE / HUB SERVICE
AXLES SERVICE / RADIATOR ANTIFREEZE+ TRANSFER CASE
-OUTSIDE WELDER NEEDS TO BE REPAIR EXTEND CYLINDER
SLIDE CHANNEL ON TOP OF BOOM.
***ALSO BOOM AND TURRET SHOULD BE TESTED FOR
CRACKS OR NOT SEEN PROBLEMS.***
****FOR WINCH ATTACHMENT , MOTOR AND BLOCK BROKEN
FROM ROLLOVER IMPACT. DO NOT RECOMMEND FIXING
WINCH ATTCHMENT ****

| | |
|---|---|
| Total Parts & Materials | 94,698.82 |
| Total Labor | 56,090.00 |
| Tax | 9,989.81 |
| Total Amount | 160,778.63 |

# EXHIBIT E

 **Liberty Mutual.** INSURANCE

**Policyholder Information**

**Named Insured & Mailing Address**

HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN, NJ 08109

**Agent Mailing Address & Phone No.**

(201) 939-1076
The Bogle Agency, Inc.
200 Stuyvesant Ave
Lyndhurst, NJ 07071-1705





### *Dear Policyholder:*

**Your Commercial Documents**

We know you work hard to build your business. We work together with your agent,
**The Bogle Agency, Inc.        (201) 939-1076**
to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

- Commercial Inland Marine

To find your specific coverages, limits of liability, and premium, please refer to your
Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please
contact your Agent at (201) 939-1076



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your
  Agent at (201) 939-1076
- In case of a claim, call your Agent or 1-844-325-2467

**You Need To Know**

- **CONTINUED ON NEXT PAGE**

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 20 01 21**

**You Need To Know - continued**

• **NOTICE(S) TO POLICYHOLDER(S)**
   The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| CNI90 28 02 23 | Important Notice - Concealment, Misrepresentation or Fraud |
| NP 72 42 02 20 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 89 69 09 21 | Important Policyholder Information Concerning Billing Practices |
| SNI04 01 06 24 | Liberty Mutual Group Privacy Notice |

• This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

CNI 90 11 07 18

## REPORTING A COMMERCIAL CLAIM 24 HOURS A DAY

**Liberty Mutual Insurance claims professionals across the United States are ready to resolve your claim quickly and fairly, so you and your team can focus on your business. Our claims teams are specialized, experienced and dedicated to a high standard of service.**

**We're Just a Call Away - One Phone Number to Report All Commercial Insurance Claims**

Reporting a new claim has never been easier. A Liberty Mutual customer service representative is available to you 24/7 at 1(844)325-2467 for reporting new property, auto, liability and workers' compensation claims. With contact centers strategically located throughout the country for continuity and accessibility, we're there when we're needed!

### Additional Resource for Workers' Compensation Customers

In many states, employers are required by law to use state-specific workers compensation claims forms and posting notices. This type of information can be found in the Policyholders Toolkit section of our website along with other helpful resources such as:

- Direct links to state workers compensation websites where you can find state-specific claim forms

- Assistance finding local medical providers

- First Fill pharmacy forms - part of our managed care pharmacy program committed to helping injured workers recover and return to work

Our Policyholder Toolkit can be accessed at **www.libertymutualgroup.com/toolkit.**

For all claims inquiries please call us at 1(844)325-2467 .

® 2018 Liberty Mutual Insurance

CNI 90 28 02 23

## IMPORTANT  NOTICE - CONCEALMENT,  MISREPRESENTATION  OR FRAUD

Thank you for insuring  your business  with Liberty Mutual. We appreciate  the trust and confidence  you have placed in us. We take our responsibility  to our customers  seriously,  and part of that responsibility  is keeping you informed  at all times.

### What you need to know

Your renewal policy includes  an updated condition  that permits  us to void your policy and/or deny a claim at any point if you or any insured concealed  or misrepresented  a material  fact or circumstance,  made incorrect statements  about any material  fact, or engaged in fraud while applying  for this policy or at any time during the policy  period.

### Reviewing  your coverage

Please review  your new endorsement  and keep it with your policy.

### We're here to help

If you would  like more information  on this change  or have any other questions  about your policy, please contact  the broker  or agent shown  on your Declarations  Page.

**The above summary  is for information  purposes only and does not provide coverage. Your new Declarations Page, in conjunction  with your policy and other applicable  endorsements,  provides complete  details of your coverages. If this summary  conflicts  with the applicable  policy language, the policy language prevails. Carefully read your policy, including  all endorsements.**

HAWK BUILDERS LLC

 REDACTED
From 05/29/2025 To 05/29/2026

7905 BROWNING RD STE 206
PENNSAUKEN, NJ 08109



(201) 939-1076
The Bogle Agency, Inc.

200 Stuyvesant Ave
Lyndhurst, NJ 07071-1705

### TERRORISM INSURANCE PREMIUM DISCLOSURE AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

#### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible amount, the government will generally reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

Beginning in calendar year 2020, the Federal Share is 80% and the Program Trigger is $200,000,000.

#### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PRE-MIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in consultation with the Secretary of Homeland Security, and the Attorney General of the United States

(i)  to be an act of terrorism;

(ii)  to be a violent act or an act that is dangerous to
   (I)  human life;
   (II)  property; or
   (III)  infrastructure;

(iii)  to have resulted in damage within the United States, or outside of the United States in the case of
   (I)  an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
   (II)  the premises of a United States mission; and

**(iv)** to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO

We have included in your policy coverage for losses resulting from "certified acts of terrorism" as defined above.

THE PREMIUM CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGMENT, AND RETURN THIS FORM TO YOUR AGENT: **Please ensure any rejection is received within thirty (30) days of the effective date of your policy.**

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

☐ I hereby reject this offer of coverage. I understand that by rejecting this offer, I will have no coverage for losses arising from "certified acts of terrorism" and my policy will be endorsed accordingly.

Policyholder/Applicant's Signature                    Print Name                    Date Signed

_____          _____          _____

Named Insured                                          Policy Number

HAWK BUILDERS LLC                              REDACTED

Policy Effective/Expiration Date

From 05/29/2025 To 05/29/2026

## IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO YOUR AGENT.

Note: Certain states (currently CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following a "certified act of terrorism" in certain types of insurance policies. If you reject TRIA coverage in these states on those policies, you will not be charged any additional premium for that state mandated coverage.

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions regarding this notice, please contact your agent.

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

Please refer any questions you may have to your insurance agent.

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
**NP 74 44 09 06**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 1 of 1**

**NP 89 69 09 21**

## IMPORTANT POLICYHOLDER INFORMATION CONCERNING BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will be charged installment fees. For more information on our EFT-Automatic withdrawals payment option, refer to the attached EFT enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

**LIBERTY MUTUAL GROUP PRIVACY NOTICE**
Commercial Lines (excluding Workers' Compensation)
(Effective June 2024)

Liberty Mutual Group and its affiliates, subsidiaries, and partners (collectively "Liberty Mutual" or "we", "us" and "our") provide insurance to companies and other insurers. This Privacy Notice explains how we gather, use, and share your data. This Privacy Notice applies to you if you are a **Liberty Mutual commercial line insured or are a commercial line claimant**. It does not apply to covered employees or claimants under Workers' Compensation policies. If this notice does not apply to you, go to libertymutual.com/ privacy to review the applicable Liberty Mutual privacy notice.



## What Data Does Liberty Mutual Gather?

The types of personal data we gather and share depend on both the product and your relationship to us. For example, we may gather different data if you are a claimant reporting an injury than if you want a quote for commercial property insurance. The data we gather can include your Social Security Number, income, transaction data such as account balances and payment history, and data from consumer reports. It may also include data gathered in connection with our provision of insurance services, when you apply for such services, or resulting from other contacts with you. It may also include:

- **Identifiers**, including a real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, Social Security Number, driver's license number, or other similar identifiers;

- **Personal information**, such as your name, signature, Social Security Number, physical characteristics or description, address, telephone number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, financial information, medical information, or health insurance information;

- **Protected classification characteristics**, including age, race, color, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, or veteran or military status;

- **Commercial information**, including records of personal property, products or services purchased, obtained, or considered, or other purchasing or consumer histories and tendencies;

- **Internet or other similar network activity**, including browsing history, search history, information on a consumer's interaction with a website, application, or advertisement;

- **Professional or employment related information**, including current or past job history or performance evaluations;

- **Inferences drawn from other personal information**, such as a profile reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes;

- **Risk data**, including data about your driving and/or accident history; this may include data from consumer reporting agencies, such as your motor vehicle records, and loss history information, health data, or criminal convictions;

- **Claims data**, including data about your previous and current claims, which may include data regarding your health, criminal convictions, third party reports, or other personal data; and

- **Sensitive Data** as defined under the California Privacy Rights Act when used to infer characteristics of an individual.

## How Do You Gather My Data?

| We gather your personal data **directly from you**. For example, you provide us with data when you: | We also gather your personal data **from other people**. For example: |
|---|---|
| - ask about or buy insurance, or file a claim | - your insurance agent or broker |
| - pay your policy | - your employer, association or business (if you are insured through them) |

| | |
|---|---|
| • visit our websites, call us, or visit our office | • our affiliates or other insurance companies about your transactions with them |
| | • consumer reporting agencies, Motor Vehicle Departments, and inspection services, to gather your credit history, driving record, claims history, or value and condition of your property |
| | • other public directories and sources |
| | • third parties, including other insurers, brokers and insurance support organizations who you have communicated with about your policy or claim, anti-fraud databases, sanctions lists, court judgments and other databases, government agencies, open electoral register, or in the event of a claim, third parties including other parties to the claim witnesses, experts, loss adjusters and claim handlers |
| | • other third parties who take out a policy with us and are required to provide your data such as when you are named as a beneficiary or where a family member has taken out a policy which requires your personal data |

Organizations that share data with us may keep it and disclose it to others as permitted by law.

**How Does Liberty Mutual Use My Data?**

Liberty Mutual uses your data to provide you with our products and services, and as otherwise provided in this Privacy Notice. We may use your data and the data of our former customers for our business and other compatible purposes. Our business purposes include, for example:

| Business Purpose | Data Categories | Do We Sell or Share Your Data as Defined by CPRA? |
|---|---|---|
| **Market, sell and provide insurance.**<br>This includes, for example:<br>• calculating your premium;<br>• determining your eligibility for a quote;<br>• confirming your identity and servicing your policy; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data<br>• Sensitive Data | • No |



| Business Purpose | Data Categories | Do We Sell or Share Your Data as Defined by CPRA? |
|---|---|---|
| **Manage your claim.** This includes, for example:<br>• managing your claim, if any;<br>• conducting claims investigations;<br>• conducting medical examinations;<br>• conducting inspections, appraisals;<br>• providing roadside assistance;<br>• providing rental car replacement or repairs; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Day to Day Business and Insurance Operations.** This includes, for example:<br>• creating, maintaining, customizing, and securing accounts;<br>• supporting day-to-day business and insurance related functions;<br>• doing internal research for technology and development;<br>• marketing, advertising and creating products and services;<br>• conducting audits related to a current contact with a consumer and other transactions;<br>• as described at or before the point of gathering personal data or with your authorization; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Security and Fraud Detection.** This includes, for example:<br>• detecting security issues;<br>• protecting against fraud or illegal activity, and to comply with regulatory and law enforcement authorities;<br>• managing risk and securing our systems, assets, infrastructure, and premises;<br>• help to ensure the safety and security of Liberty Mutual staff, assets, and resources, which may include physical and virtual access controls and access rights management;<br>• supervisory controls and other monitoring and reviews, as permitted by law; and emergency and business continuity management; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |

| Business Purpose | Data Categories | Do We Sell or Share Your Data as Defined by CPRA? |
|---|---|---|
| **Regulatory and Legal Requirements.** This includes for example:<br>• controls and access rights management;<br>• to evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Liberty's Mutual's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by Liberty Mutual is among the assets transferred;<br>• exercising and defending our legal rights and positions;<br>• to meet Liberty Mutual contract obligations;<br>• to respond to law enforcement requests as required by applicable law, court order, or governmental regulations;<br>• as otherwise permitted by law; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Improve Your Customer Experience and Our Products.** This includes, for example:<br>• improve your customer experience, our products, and service;<br>• to provide support, personalize, and develop our website, products, and services;<br>• create and offer new products and services; | • Identifiers<br>• Personal Information<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Analytics to identify, understand, and manage our risks and products.** This includes, for example:<br>• conducting analytics to better identify, understand, and manage risk and our products; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information;<br>• Risk data<br>• Claims data<br>• Sensitive Data | • No |

| Business Purpose | Data Categories | Do We Sell or Share Your Data as Defined by CPRA? |
|---|---|---|
| **Customer service and technical support.** This includes, for example:<br>• answer questions and provide notifications;<br>• provide customer and technical support. | • Identifiers<br>• Personal Information<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Cross-Context Behavioral Advertising** | • Identifiers<br>• IP address<br>• Internet or other similar network activity | • We share this information with service providers such as search engines and social media platforms. |

Liberty Mutual will not collect additional categories of personal information or use the personal information we collected for materially unrelated, or incompatible purposes without updating our notice.

### How Does Liberty Mutual Share My Data?

Liberty Mutual does not sell your personal data as defined by California law.

Liberty Mutual shares your personal data as disclosed above. The California privacy law defines sharing as "communicating orally, in writing, or by electronic or other means, a consumers personal information, to a third party for cross-context behavioral advertising, whether or not for monetary or other valuable consideration". This occurs when you visit the Liberty Mutual website. Cookies or pixels are deployed that then allow us to show you targeted advertisements when you visit other websites or social media platforms.

This type of sharing is different from disclosing personal information to other entities to perform a service related to providing insurance or processing your claim. Liberty Mutual may disclose personal data with the following categories of affiliated and non-affiliated third parties:

- Liberty Mutual affiliates;
- Service Providers (such as auto repair facilities, towing companies, property inspectors, and independent adjusters);
- Insurance support organizations;
- Brokers and agents;
- Public entities (e.g. regulatory, quasi-regulatory, tax or other authorities, law enforcement agencies, courts, arbitrational bodies, and fraud prevention agencies);
- Consumer reporting agencies;
- Professional advisors including law firms, accountants, auditors, and tax advisors;
- Insurers, re-insurers, policy holders, and claimants;
- Group policyholders (for reporting claims data or an audit);
- A person, organization, affiliates or service providers conducting actuarial or research studies; and
- As permitted by law.

We may also disclose data with other companies that provide marketing services on our behalf or as part of a joint marketing agreement for products offered by Liberty Mutual. We will not disclose your personal data with others for their own marketing purposes.

We may also disclose data about our transactions (such as payment history) and experiences (such as claims made) with you to our affiliates.

Liberty Mutual may disclose the following categories of personal data to service providers for business purposes:

| | |
|---|---|
| Identifiers | Personal Data |
| Protected Classification Characteristics | Commercial Information |
| Internet or other similar network activity | Claims Data |
| Inferences drawn from personal data | Risk Data |
| Professional, employment, and education information | |

### How Do We Keep Your Personal Data Safe?

We maintain physical, electronic, and procedural safeguards to protect your non-public personal information. These safeguards comply with applicable laws. Our employees and agents are authorized to access your data only for legitimate business purposes.

### How Long Does Liberty Mutual Retain Each Category of Personal Data?

We retain your information in accordance with our legal obligations, our records retention policies, or as otherwise permitted by law. For example, we may have a legal obligation to retain informatio n relating to your policies or claims with us. We will delete your data once the legal obligation expires or after the period of time specified in our records retention policies. The period of retention is subject to our review and alteration.

### Children's Privacy

We do not direct our services to individuals under the age of 13 and we request that these individuals do not provide personal data through our services.

### What Rights Do I Have to Learn More About My Personal Data?

Individuals may request access to a copy of their personal information. We will honor requests for access after we have verified your identity. We will grant two requests per year after. A request may be made to us by contacting us as described below.

You may have additional rights if you are a resident of California. For information about our data practices in the last 12 months, including the types of personal data we have collected, from whom we gathered that data, and with whom we disclosed the data, please go to Lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers). As a California resident, you also have the right to opt-out of cross-context behavioral advertising. You can learn more about those rights at lmi.co/caprivacycho ices. To learn more about these and other privacy rights you may have as a California resident, please see the California Privacy Policy (Consumers). If you cannot access the link, please contact us.

### Will Liberty Mutual Update This Privacy Notice?

We reserve the right to make changes to this notice at any time and for any reason. The updated version of this notice will be effective once it is posted online at https://www.libertymutual.com/ . You are responsible for reviewing this notice to stay informed of any changes or updates.

### Who Do I Contact Regarding Privacy?

You can submit requests, seek additional information, or obtain a copy of our Privacy Notice in an alternative format by either:

| | |
|---|---|
| **Calling:** | 800-344-0197 |
| **Email:** | privacy@libertymutual.com |
| **Online:** | Libertymutualgroup.com/privacy-        policy/data-request |
| **Postal Address:** | Liberty Mutual Insurance Company<br>175 Berkeley St. 6th Floor<br>Boston, MA 02116<br>Attn: Privacy Office |

**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*

The Ohio Casualty Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

Policy Number: REDACTED

Policy Period:
**From 05/29/2025 To 05/29/2026**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| HAWK BUILDERS LLC<br>7905 BROWNING RD STE 206<br>PENNSAUKEN, NJ 08109 | (201) 939-1076<br>The Bogle Agency, Inc.<br>200 Stuyvesant Ave<br>Lyndhurst, NJ 07071-1705 |

**Named Insured Is:** LIMITED LIABILITY COMPANY

**Named Insured Business Is:** CONTRACTOR

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| Commercial Inland Marine | $2,028.07 |

*Total Charges for all of the above coverage parts:* **$2,028.07**
*Certified Acts of Terrorism Coverage:* **$59.00** *(Included)*

*Note: This is not a bill*

## IMPORTANT MESSAGES

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**

REDACTED    POLSVCS    435                    INSURED COPY    000417    PAGE 15 OF 58



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*

175 Berkeley St., Boston, MA 02116

Policy Number:
REDACTED

Policy Period:
**From 05/29/2025 To 05/29/2026**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

| **Named Insured** | **Agent** |
|---|---|
| HAWK BUILDERS LLC<br>7905 BROWNING RD STE 206<br>PENNSAUKEN, NJ 08109 | (201) 939-1076<br>The Bogle Agency, Inc.<br>200 Stuyvesant Ave<br>Lyndhurst, NJ 07071-1705 |

## SUMMARY OF LOCATIONS

0001 7905 Browning Rd Ste 206, Pennsauken, NJ 08109-4320

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CL 01 00 03 99 | Common Policy Conditions |
| CL 01 46 10 02 | Amendatory Endorsement - New Jersey |
| CL 06 00 01 15 | Certified Terrorism Loss |
| CL 07 00 10 06 | Virus or Bacteria Exclusion |
| CL 16 50 06 06 | Conditional Nuclear, Biological, and Chemical Terrorism Exclusion |
| CM 76 13 07 13 | Waiver of Theft Deductible |
| CM 89 15 06 20 | Variable Deductible Endorsement |
| CM 89 19 06 20 | Valuation Of Equipment Leased Or Rented From Others |
| CM 89 21 08 20 | Replacement Cost Removed On Equipment Older Than Six (6) Years Of Age |
| CM 89 65 08 21 | Cyber Incident Exclusion |
| CM 89 86 05 24 | Amendment Of Misrepresentation, Concealment, Or Fraud Condition - New Jersey |
| IL 88 53 11 20 | Actual Cash Value |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Damon Hart
Secretary

Hamid Mirza
President

*To report a claim, call your Agent or 1-844-325-2467*
**DS 70 21 11 16**

**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*

The Ohio Casualty Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

Policy Number:
REDACTED

Policy Period:
**From 05/29/2025 To 05/29/2026**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| HAWK BUILDERS LLC<br>7905 BROWNING RD STE 206<br>PENNSAUKEN, NJ 08109 | (201) 939-1076<br>The Bogle Agency, Inc.<br>200 Stuyvesant Ave<br>Lyndhurst, NJ 07071-1705 |



## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IM 20 61 04 04 | Amendatory Endorsement - New Jersey |
| IM 70 00 04 04 | Contractors' Equipment Coverage |
| IM 78 54 04 04 | Loss Payable Options |
| IM 79 02 04 04 | Loss Payable Schedule |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**

This page intentionally left blank.



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*

The Ohio Casualty Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial   Inland   Marine**
**Declarations**

Policy Number:
REDACTED

Policy Period:
**From 05/29/2025 To 05/29/2026**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| HAWK BUILDERS LLC | (201) 939-1076 <br> The Bogle Agency, Inc. |

## SUMMARY OF CHARGES



| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | Contractors Equipment with Small Tools | $1,963.00 |
| | Commercial Inland Marine Schedule Totals | $1,963.00 |
| | NJ Property - Liability Insurance Guaranty Association Surcharge | $6.07 |
| | Certified Acts of Terrorism  Coverage | $59.00 |

*Total Advance Charges:* **$2,028.07**
*Note: This is not a bill*

REDACTED

AAIS
IM 7005 01 12
PAGE 1 OF 2

## SCHEDULE OF COVERAGES

## CONTRACTORS' EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

### PROPERTY COVERED

(check one)

[ X ] Scheduled Equipment (Refer to Equipment Schedule)

[   ] Schedule On File

|  | | "LIMIT" |
|---|---|---|
| **Catastrophe Limit** -- The most "we" pay for loss in any one occurrence is: | $ | 204,255 |

### COVERAGE EXTENSIONS

| Additional Debris Removal Expenses | $ | 5,000 |
|---|---|---|

### SUPPLEMENTAL COVERAGES

| Employee Tools | $ | 5,000 |
|---|---|---|
| Equipment Leased or Rented From Others | $ | 25,000 |
| Newly Purchased Equipment (check one) | | |
| [X] Percentage of Catastrophe Limit | | 30 % |
| [ ] Dollar Limit | $ | |
| Pollutant Cleanup and Removal | $ | 25,000 |
| Rental Reimbursement | | |
| -- Reimbursement Limit | $ | 5,000 |
| -- Waiting Period | | 72 Hours |
| Spare Parts and Fuel | $ | 5,000 |

Copyright, American Association of Insurance Services, Inc., 2012

AAIS
IM 7005 01 12
PAGE 2 OF 2

---

**COINSURANCE** (check one)

[ ] 80%          [ ] 90%          [X] 100%          [ ] OTHER          %

**REPORTING CONDITIONS** (check if applicable)

[ ] Equipment Leased or Rented From Others

– Reporting Rate                          $

-- Deposit Premium                        $

-- Minimum Premium                        $

**VALUATION** (check if applicable)

[ ] Actual Cash Value          [ ] Replacement Cost

[X] Indicated on Equipment Schedule

**DEDUCTIBLE** (check one)

[X] Flat Deductible Amount                $      1,000      **

[ ] Percentage Deductible                          %

Maximum Deductible Amount                 $

Minimum Deductible Amount                 $

**ADDITIONAL INFORMATION**

** This deductible applies to all equipment
unless specified otherwise. Please refer to
the CM 8917 for Varying equipment deductibles

---

IM 7005 01 12

Copyright, American Association of Insurance Services, Inc., 2012

**COMMERCIAL INLAND MARINE**
**CM 89 17 06 20**

# EQUIPMENT SCHEDULE
## CONTRACTORS' EQUIPMENT
### VALUATION BASIS

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

### SCHEDULED EQUIPMENT

**AA** = Agreed Amount    **ACV** = Actual Cash Value    **RP** = Replacement Cost

| Item No. | Valuation | Description of Equipment | "Limit" | Deductible |
|---|---|---|---|---|
| 1 | ACV | 2017 Magni RTH35S 00001190 | $ 204,255 | 1,000 |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |

© 2020 Liberty Mutual Insurance
Includes copyrighted material of the
American Association of Insurance Services, with its permission.

**Page 1 of 2**

REDACTED    POLSVCS    435    INSURED COPY    000417    PAGE 22 OF 58

| Item No. | Valuation | Description of Equipment | "Limit" | Deductible |
|---|---|---|---|---|
| ___ | ___ | _____ | $ _____ | _____ |
|  |  | _____ |  |  |
|  |  | _____ |  |  |
| ___ | ___ | _____ | $ _____ | _____ |
|  |  | _____ |  |  |
|  |  | _____ |  |  |

CM 89 17 06 20

© 2020 Liberty Mutual Insurance
Includes copyrighted material of the
American Association of Insurance Services, with its permission.

**Page 2 of 2**

This page intentionally left blank.

AAIS
CL 0100 03 99
Page 1 of 1

# COMMON POLICY CONDITIONS



1. **Assignment** -- This policy may not be assigned without "our" written consent.

2. **Cancellation** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

   "We" may cancel this policy, or one or more of its parts, by written notice sent to "you" at "your" last mailing address known to "us". If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

   If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before the cancellation is effective. If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

   "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3. **Change, Modification, or Waiver of Policy Terms** - - A waiver or change of the "terms" of this policy must be issued by "us" in writing to be valid.

4. **Inspections** -- "We" have the right, but are not obligated, to inspect "your" property and operations at any time. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

5. **Examination of Books and Records** -- "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

CL 0100 03 99

Copyright, American Association of Insurance Services, Inc., 1998

AAIS
CL 0146 10 02
Page 1 of 2

This endorsement changes
the policy
--PLEASE READ THIS CAREFULLY--

## AMENDATORY ENDORSEMENT
## NEW JERSEY

1. Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

   **Cancellation and Nonrenewal** – Pursuant to New Jersey law, this policy cannot be canceled or nonrenewed for any underwriting reason or guideline which is arbitrary, capricious, or unfairly discriminatory, or without adequate prior notice to "you", when required. The underwriting reasons or guidelines that "we" can use to cancel or nonrenew this policy are maintained by "us" in writing and will be furnished to "you" and/or "your" lawful representative upon written request. However, the provisions of this paragraph do not apply to any policy which has been in effect for less than 60 days at the time notice of cancellation is mailed or delivered, unless the policy is a renewal of a policy issued by "us".

   "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

   "We" may cancel or not renew this policy by written notice to "you" at the address shown in the policy by certified mail or first class mail evidenced by a Post Office Department proof of mailing. Proof of delivery or mailing is sufficient proof of notice. "Our" notice will state the reason for cancellation or nonrenewal. However, notice is not required if "you" have replaced coverage or have otherwise specifically requested termination of this policy.

   If this policy has been in effect less than 60 days, "we" may cancel for any reason.

   If this policy has been in effect 60 days or more, or if it is a renewal of a policy issued by "us", "we" may cancel or not renew only if one or more of the following reasons apply:

   a. the premium has not been paid when due;

   b. a moral hazard exists as defined by New Jersey Insurance Regulations;

   c. the policy was obtained through material misrepresentation or omission of fact which, if known by "us", would have caused "us" not to issue the policy;

   d. "you" or "your" representative have committed fraudulent acts against "us" that materially affect the insurability of the risk;

   e. there has been a material change or increase in hazard of the risk which "we" could not have reasonably foreseen when writing this policy;

   f. there have been substantial breaches of contractual duties, conditions, or warranties that materially affect the nature and/or insurability of the risk;

   g. "you" have not cooperated in loss control matters that materially affect the insurability of the risk;

   h. "we" have sustained a loss of or substantial change in applicable reinsurance;

   i. there has been a material change or increase in hazard of the risk arising from changes in statutory or case law after this policy was issued;

   j. "we" have sustained a loss of or reduction in available insurance capacity;

   k. "you" have failed to comply with any federal, state, or local fire, health, safety, building, or construction regulation, law, or ordinance within 60 days of written notification of a violation of such law, regulation, or ordinance and the failure to comply substantially increases any hazard insured against;

          Copyright, American Association of Insurance Services, Inc., 2002

AAIS
CL 0146 10 02
Page 2 of 2



l.  "you" have failed to provide reasonable and necessary underwriting information to "us" upon written request allowing a reasonable time to respond;

m.  "your" agent's contract with "us" has been terminated and:

    **1)**  "we" document that replacement coverage at comparable rates and "terms" has been provided to "you", and "we" have informed "you", in writing, of "your" right to continue coverage with "us"; or

    **2)**  "we" have informed "you", in writing, of "your" right to continue coverage with "us" and "you" have agreed, in writing, to the cancellation or nonrenewal based upon the termination of "your" agent; or

n.  any other reason that conforms with "our" written underwriting guidelines for cancellation or nonrenewal and that was in effect on the original effective date of this policy or on the effective date of any subsequent renewal of this policy.

In addition to the above reasons, "we" may nonrenew this policy for adverse loss experience. "We" will specifically identify the loss experience that supports this action.

If "we" cancel this policy for nonpayment of premium or moral hazard as defined by the New Jersey Insurance Regulations, "we" will give "you" notice at least ten days before cancellation is effective. If "we" cancel this policy for any other reason, or if "we" decide not to renew this policy, "we" will give "you" notice at least 30 days but not more than 120 days before cancellation or nonrenewal is effective.

"Your" return premium, if any, will be refunded within a reasonable time not to exceed 60 days from the date cancellation is effective or the date notice is given, whichever is later. Payment or tender of the unearned premium is not a condition of cancellation.

**2.**  Under Common Policy Conditions, the following Condition is added:

    **Renewal --** If "we" intend to renew this policy, "we" will furnish a notice of the amount of the renewal premium and any change in policy "terms". The notice will be mailed or delivered to "you" at the address shown in the policy at least 30 days but not more than 120 days before the date the renewal premium is due.

    Notice is not required if "you" have replaced coverage or have otherwise specifically requested termination of this policy.

**CL 0146 10 02**      Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**CL 0600 01 15**
**Page 1 of 1**

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## CERTIFIED TERRORISM LOSS

1.  The following definitions are added.

    a.  "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

        1)  to be an act of terrorism;

        2)  to be a violent act or an act that is dangerous to human life, property, or infrastructure;

        3)  to have resulted in damage:

            a)  within the United States; or

            b)  to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

        4)  to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

        5)  to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

    b.  "Certified terrorism loss" means loss that results from a "certified act of terrorism".

2.  The "terms" of any terrorism exclusion that is part of or that is attached to this Coverage Part are amended by the following provision:

    This exclusion does not apply to "certified terrorism loss".

3.  The following provision is added.

    If the Secretary of the Treasury determines that the aggregate amount of "certified terrorism loss" has exceeded one hundred billion dollars in a calendar year (January 1 through December 31), and "we" have met "our" insurer deductible under the Terrorism Risk Insurance Act, as amended, "we" will not pay for any portion of "certified terrorism loss" that exceeds one hundred billion dollars. If the "certified terrorism loss" exceeds one hundred billion dollars in a calendar year (January 1 through December 31), losses up to one hundred billion dollars are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury under the Terrorism Risk Insurance Act, as amended.

4.  The following provisions are added.

    a.  Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to this Coverage Part provide coverage for any loss that would otherwise be excluded by this Coverage Part under:

        1)  exclusions that address war, military action, or nuclear hazard; or

        2)  any other exclusion; and

    b.  the absence of any other terrorism endorsement does not imply coverage for any loss that would otherwise be excluded by this Coverage Part under:

        1)  exclusions that address war, military action, or nuclear hazard; or

        2)  any other exclusion.

CL 0600 01 15

Copyright, American Association of Insurance Services, Inc., 2015

**AAIS**
**CL 0700 10 06**
**Page 1 of 1**

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

**Definitions Amended --**

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1.  The following exclusion is added under Perils Excluded, item 1.:

    **Virus or Bacteria --**

    "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

a.  any contamination by any virus, bacterium, or other microorganism; or

b.  any denial of access to property because of any virus, bacterium, or other microorganism.

2.  **Superseded Exclusions --** The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

**Other Terms Remain in Effect --**

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

**CL 0700 10 06**

Copyright, American Association of Insurance Services, Inc., 2006

AAIS
CL 1650 06 06
Page 1 of 3

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## CONDITIONAL NUCLEAR, BIOLOGICAL, AND CHEMICAL TERRORISM EXCLUSION

### NOTICE

**The Terrorism Risk Insurance Program (the Program), as established under federal law, is scheduled to terminate while your policy is in effect.**

**The Terrorism Exclusion found in this endorsement will apply only if the federal government does not renew, extend, or otherwise replace the Program or if the conditions, definitions, or requirements of the Program are changed by the federal government and federal law no longer requires that we make Terrorism Coverage available to you.**

1. The Terrorism Exclusion set forth by this endorsement becomes effective on the earliest of the following:

   a. the date that the federal Terrorism Risk Insurance Program (the Program) established by the Terrorism Risk Insurance Act has terminated with respect to the type of insurance provided by the Coverage Part to which this endorsement applies; or

   b. the effective date of a renewal, extension, or replacement of the Program, if federal law no longer requires that "we" make terrorism coverage available to "you" and the Program has been renewed, extended, or replaced subject to changes that:

      1) redefine terrorism; or

      2) increase "our" financial exposure under the Program; or

      3) impose requirements on insurance coverage for terrorism that differ from the terms, amounts, or other limitations that otherwise govern coverage for loss or damage under the "terms" of the Coverage Part to which this endorsement applies.

   If a condition described above under items 1.a. and 1.b. occurs prior to the effective date of the policy period to which this endorsement applies, the Terrorism Exclusion set forth by this endorsement applies as of the effective date of that policy period.

2. If the Terrorism Exclusion set forth by this endorsement becomes effective, this Terrorism Exclusion:

   a. supersedes any other endorsements that address "certified acts of terrorism", "certified terrorism loss", "non-certified acts of terrorism", and or "non-certified terrorism loss" that also apply to the Coverage Part to which this endorsement applies, but only with respect to loss or damage caused by one or more incidents of terrorism that occur on or after the effective date of this Terrorism Exclusion; and

   b. remains in effect unless "we" notify "you" of changes to this Terrorism Exclusion.

AAIS
CL 1650 06 06
Page 2 of 3



3. If none of the conditions described above under items 1.a. and 1.b. occur, any other endorsements that address "certified acts of terrorism", "certified terrorism loss", "non-certified acts of terrorism", and or "non- certified terrorism loss" that also apply to the Coverage Part to which this endorsement applies continue to apply until "we" notify "you" of changes to such other endorsements.

4. The word terrorism, when shown in this endorsement in quotation marks, has the following meaning:

"Terrorism" means activities against persons, organizations, or property of any nature:

a. that involve the following or preparation for the following:

1) use or threat of force or violence; or

2) commission or threat of a dangerous act; or

3) commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. when one or both of the following applies:

1) the effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

2) it appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social, or economic objectives, or to express (or express opposition to) a philosophy or ideology.

5. The following exclusion is added:

**TERRORISM EXCLUSION**

"We" will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

a. the "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation, or radioactive contamination; or

b. radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

c. the "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

d. pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

6. When the Terrorism Exclusion set forth by this endorsement applies due to an incident of "terrorism" described above under items 5.a. or 5.b., that Terrorism Exclusion supersedes the Nuclear Hazard Exclusion in the Coverage Part to which this endorsement applies.

**AAIS**
**CL 1650 06 06**
**Page 3 of 3**

7. The following provisions are added.

   a. Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to the Coverage Part to which this endorsement applies provide coverage for any loss or damage that would otherwise be excluded by that Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or

      2) any other exclusion.

   b. The absence of any other terrorism endorsement does not imply coverage for any loss or damage that would otherwise be excluded by the Coverage Part to which this endorsement applies under:

      1) exclusions that address war, military action, or nuclear hazard; or

      2) any other exclusion.

Copyright, American Association of Insurance Services, Inc., 2006

**COMMERCIAL INLAND MARINE
CM 76 13 07 13**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAIVER OF THEFT DEDUCTIBLE

This endorsement modifies insurance provided under the following:

CONTRACTORS' EQUIPMENT COVERAGE
CONTRACTORS' EQUIPMENT COVERAGE - Blanket Equipment Form

The following is added to your policy:

Waiver of Deductible:

In the event of a theft loss to covered "contractors' equipment", we agree to waive up to $10,000 of the applicable deductible if:

1. the stolen "contractors' equipment" is "Properly Registered" on the National Equipment Register (NER) database; and

2. NER warning decals are on the stolen "contractors' equipment"; at the time of theft. (equipment can be registered with NER by calling 866-663-7872 or at www.NER.net ); and

3. Following the theft loss, "you" must:

   1) Report the theft to the local law enforcement agency having jurisdiction as soon as "you" become aware of the theft; and

   2) Report the claim to "us" in accordance with the terms and conditions of this policy

"Properly Registered" means providing National Equipment Register (NER) with the specific manufacturer, model number, serial number, and year manufactured either through your on-line entry of this information in the NER website or sending this information on an electronic spreadsheet directly to NER prior to the theft.

© 2013 Liberty Mutual Insurance. All rights reserved.

COMMERCIAL INLAND MARINE
CM 89 15 06 20

This endorsement changes the Inland Marine Coverage. **PLEASE READ THIS CAREFULLY.**

## VARIABLE DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

CONTRACTORS' EQUIPMENT COVERAGE

Paragraph 2. **Flat Deductible** of **HOW MUCH WE PAY** is deleted in its entirety and replaced by the following:

2.  **Flat Deductible** -- "We" pay only that part of "your" loss that exceeds the highest deductible for any one piece of equipment regardless of the number of pieces of equipment involved in "your" loss.

All other terms and conditions of the policy remain unchanged.

© 2020 Liberty Mutual Insurance
Includes copyrighted material of the
American Association of Insurance Services, with its permission.

Case 1:25-cv-19090-KMW-SAK    Document 1-1    Filed 12/31/25    Page 70 of 164 PageID: 83
CAM-L-003903-25   11/19/2025 3:23:02 PM   Pg 36 of 59   Trans ID: LCV20253128839

**COMMERCIAL INLAND MARINE**
**CM 89 19 06 20**

This endorsement changes the Inland Marine Coverage. **PLEASE READ THIS CAREFULLY.**

# VALUATION OF EQUIPMENT LEASED OR RENTED FROM OTHERS

This endorsement modifies insurance provided under the following:

CONTRACTORS' EQUIPMENT COVERAGE



**VALUATION** is amended to include the following:

5.  **Equipment Leased Or Rented From Others** - The value of equipment leased or rented from others will be based on the lease or rental agreement. If replacement cost is required by the agreement, the value of covered property will be based on replacement cost without any deduction for depreciation. When actual cash value is indicated on the agreement, the property covered will have a deduction for depreciation.

All other terms and conditions of the policy remain unchanged.

**COMMERCIAL INLAND MARINE**
**CM 89 21 08 20**

This endorsement changes the Inland Marine Coverage. **PLEASE READ THIS CAREFULLY.**

# REPLACEMENT COST REMOVED ON EQUIPMENT SIX (6) YEARS OF AGE OR OLDER

This endorsement modifies insurance provided under the following:

CONTRACTORS' EQUIPMENT COVERAGE

Paragraph 2. **Replacement Cost** of **VALUATION** is amended to include the following:

2. **Replacement Cost**

d. **Age Limitation** - Replacement Cost no longer applies when any piece of equipment's model year is six (6) years of age or older. When equipment is six (6) years of age or older, valuation will be based on actual cash value (with a deduction for depreciation).

All other terms and conditions of the policy remain unchanged.

© 2020 Liberty Mutual Insurance
Includes copyrighted material of the
American Association of Insurance Services, with its permission.

**Page 1 of 1**

COMMERCIAL INLAND MARINE
CM 89 65 08 21

This endorsement changes the Inland Marine Coverage. **PLEASE READ THIS CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A. ADDITIONAL EXCLUSION:**

The following is added to EXCLUSIONS:

CYBER INCIDENT - "We" will not pay for loss or damage arising out of a "cyber incident". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**B. Limited Exception for Fire or Explosion**

If a "cyber incident" results in fire or explosion, we will pay for the direct physical loss or damage caused by that fire or explosion.

**C. Limited Exception for Commercial Computer Coverage Form**

Paragraph **A.** of this endorsement does not apply to coverage provided under the COMMERCIAL COMPUTER COVERAGE FORM.

**D. Vandalism**

If Vandalism coverage is not otherwise excluded, the following is added to vandalism:

Vandalism does not include a "cyber incident".

**E. ADDITIONAL DEFINITIONS:**

As used in this endorsement:

"Cyber Incident" includes:

1.  Unauthorized access to or use of any computer system or computer software (including electronic data).

2.  Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system or computer software (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system or computer software (including electronic data) or otherwise disrupt their normal functioning or operation.

3.  Denial of service attack which disrupts, prevents or restricts access to or use of any computer system or computer software (including electronic data), or otherwise disrupts their normal functioning or operation.

All other terms and conditions of the policy remain unchanged.

This endorsement  changes the Inland  Marine  Coverage. **PLEASE READ THIS CAREFULLY.**

## AMENDMENT  OF MISREPRESENTATION,  CONCEALMENT,  OR FRAUD CONDITION-NEW  JERSEY

This endorsement  modifies  insurance  provided  under the following:

INLAND  MARINE  COVERAGE

Under Other Conditions,  Misrepresentation,   Concealment,  Or Fraud is deleted  and replaced  by the follow-ing:

**Misrepresentation,  Concealment,  Or Fraud**

"We"  may void this policy  and/or deny a claim  if, before  or after a loss, "you"  or any insured  intentionally:
a.   Concealed  or misrepresented  any material  fact or circumstance;  or
b.   Made  incorrect  statements  or representations  with  regard to any material  fact or circumstan ce; or
c.   Engaged  in any fraudulent  conduct;
at the time  of application,  or any time  during  the policy  period.

**CM 89 86 05 24**                                      ®  2024 Liberty Mutual  Insurance                                 Page 1 of 1
Includes copyrighted  material of the
American Association of Insurance Services, with its permission.

IL 88 53 11 20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:



BUSINESSOWNERS COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
FARM COVERAGE PART

The following is added to any provision which uses the term actual cash value as it pertains to direct loss or damage to covered property by a Covered Cause of Loss or covered peril:

Actual Cash Value is the amount it would cost to repair or replace, on the date of loss, with material of like kind and quality, with reasonable deduction for physical depreciation and obsolescence, but in no event more than the fair market value.

Unless otherwise provided by this policy, we may deduct expense depreciation. Expense depreciati on is defined as depreciation, including but not limited to the cost of goods, materials, overhead and profit, labor and services necessary to replace, repair or rebuild damaged property. If expense depreciation is applied to loss for damaged property, we shall provide a written explanation as to how the expense depreciation was calculated.

| | |
|---|---|
| **AAIS** | This endorsement changes |
| **IM 2061 04 04** | the policy |
| **Page 1 of 1** | **--PLEASE READ THIS CAREFULLY--** |

## AMENDATORY ENDORSEMENT
### NEW JERSEY

1. Under Coverage Extensions, Defense Costs, if applicable, is amended to include the following:

   The expenses "we" incur under Defense Costs will not reduce the applicable "limit" for coverage described under Property Covered.

AAIS
IM 7000 04 04
Page 1 of 13

# CONTRACTORS' EQUIPMENT COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Contractors' equipment" means machinery, equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

   "Contractors' equipment" also means:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

b. vehicles designed for highway use that are unlicensed and not operated on public roads.

4. "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5. "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6. "Limit" means the amount of coverage that applies.

7. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8. "Schedule of coverages" means:

   a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

   b. declarations or supplemental declarations which pertain to this coverage.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

IM 7000 04 04

Copyright, American Association of Insurance Services, Inc., 2004

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

a. personal property in the open; or

b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1. Scheduled Equipment --

a. Coverage -- "We" cover direct physical loss caused by a covered peril to:

1) "your" "contractors' equipment"; and

2) "contractors' equipment" of others in "your" care, custody, or control.

b. Coverage Limitation -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

1) that are described on the "equipment schedule"; and

2) when Scheduled Equipment is indicated on the "schedule of coverages".

2. Schedule On File --

a. Coverage -- "We" cover direct physical loss caused by a covered peril to:

1) "your" "contractors' equipment"; and

2) "contractors' equipment" of others in "your" care, custody, or control.

b. Coverage Limitation -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

1) that are listed in a schedule which "you" must submit to "us" and "we" keep on file, the schedule must contain a description of each item to be covered and a "limit" for each item; and

2) when Schedule on File is indicated on the "schedule of coverages".

## PROPERTY NOT COVERED

1. Aircraft Or Watercraft -- "We" do not cover aircraft or watercraft.

2. Contraband -- "We" do not cover contraband or property in the course of illegal transportation or trade.

3. Leased Or Rented Property -- "We" do not cover property that "you" lease or rent to others.

Copyright, American Association of Insurance Services, Inc., 2004

Case 1:25-cv-19090-KMW-SAK    Document 1-1    Filed 12/31/25    Page 78 of 164 PageID: 91
CAM-L-003903-25   11/19/2025 3:23:02 PM   Pg 44 of 59   Trans ID: LCV20253128839

4. **Loaned Property** -- "We" do not cover property that "you" loan to others.

5. **Underground Mining Operations** -- "We" do not cover property while stored or operated underground in connection with any mining operations.

6. **Vehicles** -- "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use and used for over the road transportation of people or cargo. However, this does not include:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b. vehicles designed for highway use that are unlicensed and not operated on public roads.

7. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions --** The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal --**

1. **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

2. **We Do Not Cover** -- This coverage does not include costs to:

   a. extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

3. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4. **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5. **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

Copyright, American Association of Insurance Services, Inc., 2004



**AAIS**
**IM 7000 04 04**
**Page 4 of 13**

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** – The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

1. **Employee Tools** –
   a. **Coverage** – "We" cover direct physical loss caused by a covered peril to tools owned by "your" employees.
   b. **Coverage Limitation** – "We" only cover tools owned by "your" employees while at a:
      1) premises that "you" own or operate; or
      2) "jobsite".
   c. **Limit** – The most "we" pay in any one occurrence for loss to employee tools is $5,000.

2. **Equipment Leased Or Rented From Others** –
   a. **Coverage** – "We" cover direct physical loss caused by a covered peril to "contractors' equipment" that "you" have leased or rented from others.
   b. **Limit** – The most "we" pay in any one occurrence for equipment leased or rented from others is $25,000.

3. **Newly Purchased Property** –
   a. **Coverage** – "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.
   b. **Limit** – The most that "we" pay for any loss under this supplemental coverage is the least of the:
      1) actual cash value of the covered property; or
      2) "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of coverages" applies to this coverage.

**IM 7000 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 5 of 13



c. **Time Limitation** -- "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 60 days.

This supplemental coverage will end when any of the following first occur:

1) this policy expires;

2) 60 days after "you" obtain the additional "contractors' equipment"; or

3) "you" report the additional "contractors' equipment" to "us".

d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

4. **Pollutant Cleanup And Removal** --

a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

d. **Limit** -- The most "we" pay for each location is $25,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

5. **Rental Reimbursement** --

a. **Coverage** -- In the event of a direct physical loss by a covered peril to "your" "contractors' equipment", "we" reimburse "you" for "your" expense to rent similar equipment while "your" equipment is inoperable.

The deductible amount indicated on the "schedule of coverages" does not apply to a loss covered under this supplemental coverage.

b. **Waiting Period** -- "We" will not reimburse "you" for the rental of equipment until after the first 72-hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss to "your" "contractors' equipment" caused by a covered peril.

c. **Incurred Rental Expenses** -- After the waiting period has passed, "we" will only reimburse "you" for the rental expenses that "you" actually incur.

d. **Coverage After Expiration Date** -- "We" will continue to reimburse "you" for the rental of equipment after the expiration date of this coverage, provided the loss occurred before the expiration date.

e. **Coverage Limitations** -- "We" will not reimburse "you":

1) if "you" can continue or resume "your" operations with similar equipment that is available to "you" at no additional expense to "you"; or

2) for the rental expense of any equipment unless "you" make every reasonable effort to repair, replace, or rebuild the inoperable equipment after the loss by a covered peril occurs.

f. **Limit** -- The most "we" reimburse "you" in any one occurrence for rental expenses is $5,000.

IM 7000 04 04

Copyright, American Association of Insurance Services, Inc., 2004

6. **Spare Parts And Fuel** --

 a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

 1) spare parts and accessories for "contractors' equipment"; and

 2) fluids for vehicles and "contractors' equipment"; fluids include gasoline, oil, and hydraulic fluid.

 b. **Limit** -- The most "we" pay in any one occurrence for loss to spare parts and accessories is $5,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

 a. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

 "We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

 b. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

 c. **War And Military Action** -- "We" do not pay for loss caused by:

 1) war, including undeclared war or civil war; or

 2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

 3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

 With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

 a. **Contamination or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

 But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

Copyright, American Association of Insurance Services, Inc., 2004

Case 1:25-cv-19090-KMW-SAK    Document 1-1    Filed 12/31/25    Page 82 of 164 PageID: 95
CAM-L-003903-25   11/19/2025 3:23:02 PM   Pg 48 of 59   Trans ID: LCV20253128839

AAIS
IM 7000 04 04
Page 7 of 13



b. **Criminal, Fraudulent, Dishonest Or Illegal Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1) "you";

2) others who have an interest in the property;

3) others to whom "you" entrust the property;

4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or

5) the employees or agents of **1)**, **2)**, **3)**, or **4)** above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

c. **Loss Of Use** -- "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

d. **Mechanical Breakdown** -- "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

But if a mechanical, structural, or electrical breakdown or malfunction results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

e. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

f. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or

2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

g. **Temperature/Humidity** -- "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

h. **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

IM 7000 04 04

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 8 of 13

i. **Wear And Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a. **Payment of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

   b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3. **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

a. the time, place, and circumstances of the loss;

b. other policies of insurance that may cover the loss;

c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

d. changes in title of the covered property during the policy period; and

e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

IM 7000 04 04

Copyright, American Association of Insurance Services, Inc., 2004

Case 1:25-cv-19090-KMW-SAK    Document 1-1    Filed 12/31/25    Page 84 of 164 PageID: 97
CAM-L-003903-25   11/19/2025 3:23:02 PM   Pg 50 of 59   Trans ID: LCV20253128839

## VALUATION

1. **Actual Cash Value** -- The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) unless replacement cost is indicated on the "schedule of coverages".

2. **Replacement Cost** -- The value of covered property will be based on the replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

   a. **Replacement Cost Limitation** -- The replacement cost is limited to the cost of repair or replacement with similar materials and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

   b. **Replacement Cost Does Not Apply Until Repair Or Replacement** -- Replacement cost valuation does not apply until. the damaged or destroyed property is repaired or replaced.

   c. **Time Limitation** -- "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

3. **Pair Or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

4. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Flat Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence unless Percentage Deductible is indicated on the "schedule of coverages".

3. **Percentage Deductible** -- When a percentage deductible is indicated on the "schedule of coverages", "we" pay only that part of "your" loss over the deductible amount as determined below.

   a. **Determining The Deductible Amount** -- The deductible amount is determined by applying the percentage indicated on the "schedule of coverages" to the value of the covered property that is involved in the loss. The value is determined by the provisions described under the Valuation section of this policy.

   b. **Two Or More Items** -- If a loss involves two or more pieces of equipment, the percentage indicated on the "schedule of coverages" will apply only to the covered property with the highest value.

   c. **Minimum and Maximum Deductible** -- The percentage deductible will not exceed the Maximum Deductible amount and will not be less than the Minimum Deductible amount indicated on the "schedule of coverages".

4. **Loss Settlement Terms** -- Subject to paragraphs **1., 2., 3., 5., 6.,** and **7.** under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

Copyright, American Association of Insurance Services, Inc., 2004



**b.** the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

**c.** the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

**5. Coinsurance --**

**a. When Coinsurance Applies --** "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

**b. How We Determine Our Part Of The Loss** -- "Our" part of the loss is determined using the following steps:

**1)** multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

**2)** divide the "limit" for covered property by the result determined in **b.1)** above;

**3)** multiply the total amount of loss, after the application of any deductible, by the result determined in **b.2)** above.

The most "we" pay is the amount determined in **b.3)** above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

**c. If There Is More Than One Limit --** If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

**d. If There Is Only One Limit --** If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

**e. When Coinsurance Does Not Apply --** Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

**6. Insurance Under More Than One Coverage --** If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

**7. Insurance Under More Than One Policy --**

**a. Proportional Share --** "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

**b. Excess Amount --** If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

**1. Loss Payment Options --**

**a. Our Options --** In the event of loss covered by this coverage form, "we" have the following options:

**1)** pay the value of the lost or damaged property;

**2)** pay the cost of repairing or replacing the lost or damaged property;

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 11 of 13



3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

4) take all or any part of the property at the agreed or appraised value.

b. **Notice Of Our Intent To Rebuild, Repair, Or Replace --** "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses --**

a. **Adjustment And Payment Of Loss --** "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

b. **Conditions For Payment Of Loss --** An insured loss will be payable 30 days after:

1) a satisfactory proof of loss is received, and

2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others --**

a. **Adjustment And Payment of Loss To Property of Others --** Losses to property of others may be adjusted with and paid to:

1) "you" on behalf of the owner; or

2) the owner.

b. **We Do Not Have To Pay You If We Pay The Owner --** If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## REPORTING CONDITIONS

**Equipment Leased Or Rented From Others --** If indicated on the "schedule of coverages", the following reporting conditions apply.

1. **Reports --**

a. **You Will Report To Us --** Within 30 days after the end of the policy period, "you" will report to "us" the total amount of "your" expenditures for "contractors' equipment" that "you" lease or rent from others.

b. **Cancellation --** If this policy is canceled, "you" will report the total amount of expenditures up to and including the date of cancellation.

2. **Premium Computation And Adjustment --**

a. The premium will be adjusted at the end of the policy period. The total computed premium will be determined by multiplying "your" total equipment expenditures by the reporting rate indicated on the "schedule of coverages" for Equipment Leased or Rented From Others.

b. "We" will compare the total computed premium to the deposit premium. If it is more than the deposit premium, "you" will pay "us" the difference. If it is less than the deposit premium, "we" will pay "you" the difference subject to the minimum premium indicated on the "schedule of coverages".

3. **Provisions That Affect How Much We Pay --** The following provisions apply to reports that are submitted and may affect How Much We Pay:

a. **Failure To Submit Reports --** If "you" have failed to submit the required reports or no report has been submitted, the most "we" will pay is 90% of the "limit".

IM 7000 04 04

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 12 of 13

b. **Reported Values Are Less Than The Full Value** -- If "your" last report before a loss shows less than the actual value of "your" expenditures for "contractors' equipment" that "you" lease or rent from others, "we" will only pay a part of the loss. "We" will not pay a greater portion of the loss, prior to the application of the deductible, than the total expenditures "you" reported divided by "your" actual expenditures for "contractors' equipment" that "you" lease or rent from others during the reporting period.

c. **We Will Not Pay More Than The Limit** -- "We" will not pay more than the applicable "limit" regardless of any reported value used in computing the premium.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit to Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

IM 7000 04 04

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 13 of 13



5. **Misrepresentation, Concealment, Or Fraud --** This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or

      2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period --** "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries --** If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits --** A loss "we" pay under this coverage does not reduce the applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

9. **Subrogation --** If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us --** No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

       If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits --** "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7854 04 04**
**Page 1 of 1**

This endorsement changes
the Inland Marine Coverage
-- PLEASE READ THIS CAREFULLY --

## LOSS PAYABLE OPTIONS

If indicated on the Loss Payable Schedule, the following conditions apply to the property described on the schedule. The following conditions apply in addition to the policy "terms" which are contained in the Difference In Conditions Coverage(s).

## LOSS PAYABLE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

## LENDER'S LOSS PAYABLE

Any loss will be payable to "you" and the loss payee described on the schedule as interests appear. If more than one loss payee is named, they will be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 30 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

## CONTRACT OF SALE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

The loss payee shown on the schedule is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

**IM 7854 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7902 04 04
Page 1 of 1

# LOSS PAYABLE SCHEDULE

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]  Loss Payable
[ ]  Lender's Loss Payable
[ ]  Contract of Sale

## SCHEDULE

Location Number
1

Address
7905 Browning Rd Ste 206

Pennsauken
NJ
081094320

Covered Property
Magni RTH 35S SN00001190

Name and Address of Loss Payee
Ominiscient Financial
184 South Livingston Ave
LIVINGSTON
NJ
07039

IM 7902 04 04

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7902 04 04**
**Page 1 of 1**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X] Loss Payable
[ ] Lender's Loss Payable
[ ] Contract of Sale

## SCHEDULE

Location Number
1

Address
7905 Browning Rd Ste 206

Pennsauken
NJ
081094320

Covered Property
Magni RTH35S - SN00001190

Name and Address of Loss Payee
Busey Bank ISAOA
PO Box 17370
URBANA
IL
61803

**IM 7902 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7902 04 04
Page 1 of 1

# LOSS PAYABLE SCHEDULE

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)



Indicate applicable provision:

☒ Loss Payable
☐ Lender's Loss Payable
☐ Contract of Sale

## SCHEDULE

Location Number
1

Address
7905 Browning Rd Ste 206

Pennsauken
NJ
081094320

Covered Property
2004 TELEHANDLER PETTIEBONE MODEL 10056

Name and Address of Loss Payee
POWER PRO RENTS
70 HWY 202  31
RINGOES
NJ
08551

IM 7902 04 04

Copyright, American Association of Insurance Services, Inc., 2004

This page intentionally left blank.

# EXHIBIT F

**PREMIUM NOTICE**
**ACCOUNT NUMBER:** REDACTED

 Liberty Mutual. INSURANCE

---

Agent: TELEPHONE (201)-939-1075
THE BOGLE AGENCY, INC.
200 STUYVESANT AVE
LYNDHURST NJ 07071 1705

Account of:
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

Notice Issued to:
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

Member Companies:
THE OHIO CASUALTY INSURANCE COMPANY

---

For information on how we are helping our customers during coronavirus, please visit
www.LibertyMutual.com/COVID-19 or contact your agent.

Co: 01                Agent: 2920708        Payment Plan: QUARTERLY    Invoice Date: 06/10/2020

| Policy Number | Trans. Date | Account Activity | Charges/ Credits | Policy Balance | Minimum Due |
|---|---|---|---|---|---|
| REDACTED INLAND MARINE | 05/29/2020 05/29/2020 | TERRORISM RISK INSURANCE ACT NEW BUSINESS EFF 05/29/2020 SERVICE CHARGE/FEES *Avoid Fees, Enroll in EFT* | 51.00 1,717.55 6.00 | 1,768.55 | 442.13 6.00 |
| | | For complete detail of all activity on this account please go to the website listed above. | | | |

Payment Due Date: 06/29/2020    Account Balance: $    1,774.55    **Minimum Amount Due:** $    448.13

---

Please detach at perforation, return the top portion for your records and return the bottom portion with your check or money order.

Account of: HAWK BUILDERS LLC                Co: 01        Invoice Date: 06/10/2020

Please allow sufficient mail time for payment to arrive by the due date.

You may pay the minimum amount due or the total account balance.

| Payment Due Date | Account Number | Account Balance | Minimum Amount Due |
|---|---|---|---|
| 06/29/2020 | REDACTED | $    1,774.55 | $    448.13 |

* Please make your check or money order payable to: **LIBERTY MUTUAL INSURANCE**
* IMPORTANT! Please write your account number on your check or money order - never send cash!
* Please notify your agent if you have a change of address.
* To enroll in automatic payments, paperless billing, or make a one-time payment please visit the website above.

**Thank you for selecting us to service your insurance needs!**

Mail Payments To:
LIBERTY MUTUAL INSURANCE
PO BOX 2839
NEW YORK, NY 10116-2839



 Liberty Mutual. INSURANCE

02839  200  REDACTED  000000000  000000000  0000177455  0000044813  0

7/1/2020                                                                    Arrange Financials - Confirmation

HAWK BUILDERS LLC

Account Number: 202674160

Policies on Account: REDACTED

## Thank You!

Payment Type: Visa ending in 6052

Authorization Number: 083710 🕖

Payment Amount: $448.13

Payment Date: 07/01/2020

Confirmation Date: 07/01/2020 04:28 PM EDT

Reference Number: 000TKXK4 🕖

Please allow up to three business days to view your transaction online.

### Would you like an email confirmation? 🕖

Email:

watersyahawkbuilders@gmail.com

Confirm Email:

watersyahawkbuilders@gmail.com

Email Sent

## Save time and continue with enrollment in Automatic Payments

Learn about Benefits of Automatic Payments (/AF/content/en/AutomaticWithdrawalsFAQ.do)

Set Up Automatic Payments

**PREMIUM NOTICE**
ACCOUNT NUMBER: REDACTED


Liberty
Mutual.
INSURANCE

Agent: TELEPHONE (201)-939-1076
THE BOGLE AGENCY, INC.
200 STUYVESANT AVE
LYNDHURST NJ 07071 1705

Account of:
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

Notice issued to:
HAWK BUILDERS LLC
7905 BROWNING RD. STE. 206.
PENNSAUKEN NJ 08109

Member Companies:
THE OHIO CASUALTY INSURANCE COMPANY

Customers with previous outstanding balances may have noticed changes to their bill amount.
For more information, please visit: www.LibertyMutual.com/covid-19

Co: 01                          Agent: 2920708      Payment Plan: QUARTERLY    Invoice Date: 07/10/2020

| Policy Number | Trans. Date | Account Activity | Charges/ Credits | Policy Balance | Minimum Due |
|---|---|---|---|---|---|
| REDACTED INLAND MARINE | 07/01/2020 | PAYMENT/CREDIT | -440.13 | | |
| | 06/29/2020 | TERRORISM RISK INSURANCE ACT | 21.99 | | |
| | 06/29/2020 | POLICY CHANGE EFF 06/25/2020 | 662.08 | | |
| | | INSTALLMENT DUE | 170.77 | 2,009.50 | 170.77 |
| | | SERVICE CHARGE/FEES | 6.00 | | 6.00 |
| | | *Avoid Fees, Enroll in EFT!* | | | |
| | | For complete detail of all activity on this account please go to the website listed above. | | | |

Payment Due Date: 07/29/2020      Account Balance: $  2,015.50    Minimum Amount Due: $    176.77

Please detach at perforation, retain the top portion for your records and return the bottom portion with your payment order.

Account of: HAWK BUILDERS LLC

Co: 01                                    Invoice Date: 07/10/2020

| | | You may pay the minimum amount due or the total account balance. |
|---|---|---|
| Please allow sufficient mail time for payment to arrive by the due date. | | Account Balance | Minimum Amount Due |
| Payment Due Date | Account Number | $ 2,015.50 | $ 176.77 |
| 07/29/2020 | REDACTED | | |

G Paid 9536.81
03/21/20 12:42pm

* Please make your check or money order payable to: LIBERTY MUTUAL INSURANCE
* IMPORTANT! Please write your account number on your check or money order - never send cash!
* Please notify your agent if you have a change of address.
* To enroll in automatic payments, paperless billing, or make a one-time payment please visit the website above.

Thank you for selecting us to service your insurance needs!

with.
Hawk Builders debit.com
card 6052
authorization #.061189.
Reference #.COOTXCFZ

Liberty
Mutual.
INSURANCE

Mail Payments To:
LIBERTY MUTUAL INSURANCE
PO BOX 2839
NEW YORK, NY 10116-2839

02839 200  REDACTED     000000000 000000000 0000201550 0000017677 4

*002929*
Liberty Mutual Insurance
P O Box 188025
Fairfield, OH 45018-8025


Liberty
Mutual.
INSURANCE

HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

### **** New Payment Remittance Address ****

*Please note our payment remittance address has changed. Please update your records and mail payments to the new address indicated on the remittance stub of your invoice or for added convenience, you may use one of the self-service payment options listed below.*

Our intuitive and mobile-friendly screens provide quick and easy access to these online self-service features:
- View your account status, payment history, and billing notices
- Sign up for paperless billing
- Enroll in and manage automatic payments
- Make a one-time payment from our Login Page without creating a profile
- Make online payments or schedule a payment for a future date
- Maintain online bank data for future use
- Set up email notification for billing activity on your account

Go to mybusinessonline.libertymutual.com to create a profile or log in, if you have a profile. Click on View and Pay My Bill to access your account.

202674100        710                              OCPCPBN  00000613  Page 1

12:50

<

🗑 ✉ ...

 Liberty Mutual Insurance... 12:46 PM ↩ ...

to me ⌄

View as a web page.

Ensure future delivery by adding cbillnot@email-libertymutual.com to your address book.

**Liberty Mutual**
INSURANCE

# Billing Account Transaction Confirmation

**Billing Account:** REDACTED

Dear Customer:

Thank you for choosing Liberty Mutual Insurance. This email confirms your recent transaction(s):

Transaction Type: Payment

**Payment Type:** Visa ending in 6D52
**Authorization Number:** 081169
**Payment Amount:** $530.31
**Payment Date:** 07/21/2020
**Confirmation Date:** 07/21/2020 12:44 PM EDT
**Reference Number:** 000TXCFZ

Visit mybusinessonline.libertymutual.com to access your online insurance information.

Sincerely,
Liberty Mutual Insurance

Please do not reply to this message. This email was generated automatically.

**DID YOU KNOW?**

Online navigation is easier than ever:
• Faster look
• Easier to use access

NEW for your online account:
• View more status
• Receive policies electronically

# PREMIUM NOTICE

ACCOUNT NUMBER:  REDACTED

 Liberty Mutual INSURANCE

Agent: TELEPHONE (201)-939-1070
THE BOGLE AGENCY, INC.
200 STUYVESANT AVE
LYNDHURST NJ 07071 1705

Account of:
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

Notice issued to:
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

Member Companies:
THE OHIO CASUALTY INSURANCE COMPANY

Customers with previous outstanding balances may have noticed changes to their bill amount.
For more information, please visit www.LibertyMutual.com/covid-19

Co: 01          Agent: 2920708     Payment Plan: QUARTERLY    Invoice Date 08/11/2020

| Policy Number | Trans. Date | Account Activity | Charges/ Credits | Policy Balance | Minimum Due |
|---|---|---|---|---|---|
| REDACTED INLAND MARINE | 07/21/2020 | PAYMENT/CREDIT | -530.31 | | |
| | | INSTALLMENT DUE SERVICE CHARGE/FEES *Avoid Fees, Enroll in EFT!* | 265.37 6.00 | 1,491.19 | 265.37 |
| | | For complete detail of all activity on this account please go to the website listed above | | | |

Payment Due Date: 08/30/2020     Account Balance: $ 1,491.19     Minimum Amount Due: $ 265.37

Please detach at perforation, retain the top portion for your records and return the bottom portion with your check or money order.

Account of: HAWK BUILDERS LLC          Co: 01          Invoice Date: 08/11/2020

You may pay the minimum amount due or the total account balance.

| Please allow sufficient mail time for payment to arrive by the due date. | | You may pay the minimum amount due or the total account balance. | |
|---|---|---|---|
| Payment Due Date | Account Number | Account Balance | Minimum Amount Due |
| 08/30/2020 | REDACTED | $ 1,491.19 | $ 265.37 |

* Please make your check or money order payable to: LIBERTY MUTUAL INSURANCE
* IMPORTANT: Please write your account number on your check or money order - never send cash.
* Please notify your agent if you have a change of address.
* To enroll in automatic payments, paperless billing, or make a one-time payment please visit the website above.

Thank you for selecting us to service your insurance needs!

Mail Payments To:
LIBERTY MUTUAL INSURANCE
PO BOX 2039
NEW YORK, NY 10116-2839

 Liberty Mutual INSURANCE

02839 200 REDACTED  000000000 000000000 0000149119 0000026537 2

*012049*
Liberty Mutual Insurance
P O Box 188025
Fairfield, OH 45018-8025


Liberty
Mutual
INSURANCE

HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

#### **** New Payment Remittance Address ****

*Please note our payment remittance address has changed. Please update your records and mail payments to the new address indicated on the remittance stub of your invoice or for added convenience, you may use one of the self-service payment options listed below.*

Our intuitive and mobile-friendly screens provide quick and easy access to these online self-service features:
- View your account status, payment history, and billing notices
- Sign up for paperless billing
- Enroll in and manage automatic payments
- Make a one-time payment from our Login Page without creating a profile
- Make online payments or schedule a payment for a future date
- Maintain online bank data for future use
- Set up email notification for billing activity on your account



Go to mybusinessonline.libertymutual.com to create a profile or log in, if you have a profile. Click on View and Pay My Bill to access your account.

202674160          811                                    DCPCPBN  00001812  Page 1

HAWK BUILDERS LLC
Account Number: REDACTED
Policies on Account: REDACTED

## Thank You!

Payment Type: Visa ending in 6052

Authorization Number: 094166 ❓

Payment Amount: $1,491.19

Payment Date: 08/14/2020

Confirmation Date: 08/14/2020 03:35 PM EDT

Reference Number: 000VB6TX ❓

Please allow up to three business days to view your transaction online.

### Would you like an email confirmation? ❓

Email:

Confirm Email:

Send Email

Clear all fields

### Save time and continue with enrollment in Automatic Payments

Learn about Benefits of Automatic Payments (/AF/content/eltAutomaticWithdrawalsFAQ.do)

Set Up Automatic Payments

https://at.libertymutual.com/AF/web/TransactionConfirmation.do

1/1

# EXHIBIT G

CAM-L-003903-25   11/19/2025 3:33:02 PM   Pg 2 of 5   Trans ID: LCV20253128839



**MIUM NOTICE**
**OUNT NUMBER:** REDACTED

Liberty Mutual INSURANCE

Agent: TELEPHONE (201)-939-1076
THE BOGLE AGENCY, INC.
200 STUYVESANT AVE
LYNDHURST NJ 07071 1705

Account of:
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

Notice issued to:
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08100

Member Companies:
THE OHIO CASUALTY INSURANCE COMPANY

We value your time. Pay your bill online mybusinessonline.libertymutual.com
PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Co: 01                Agent: 2920708        Payment Plan: QUARTERLY    Invoice Date: 06/10/2021

| Policy Number | Trans. Date | Account Activity | Charges/ Credits | Policy Balance | Minimum Due |
|---|---|---|---|---|---|
| REDACTED INLAND MARINE | 05/24/2021 05/24/2021 | TERRORISM RISK INSURANCE ACT RENEWAL EFF 05/29/2021 SERVICE CHARGE/FEES *Avoid Fees, Enroll in EFT** | 51.00 1,718.56 6.00 | 1,760.56 | 442.39 6.00 |
|  |  | For complete detail of all activity on this account please go to the website listed above |  |  |  |

Payment Due Date: 06/29/2021    Account Balance: $ 1,776.56    Minimum Amount Due: $    448.39

Please detach at perforation, return the top portion for your records and return the bottom portion with your check or money order.

Account of: HAWK BUILDERS LLC                                    Co: 01    Invoice Date: 06/10/2021

| Payment Due Date | Account Number | Account Balance | Minimum Amount Due |
|---|---|---|---|
| 06/29/2021 | REDACTED | $  1,775.56 | $   448.39 |

* Please allow sufficient mail time for payment to arrive by the due date.
* Please make your check or money order payable to:   LIBERTY MUTUAL INSURANCE
* IMPORTANT: Please write your account number on your check or money order - never send cash.
* Please notify your agent if you have a change of address.
* To enroll in automatic payments, paperless billing, or make a one-time payment please visit the website above.

Thank you for selecting us to service your insurance needs!

Mail Payments To:
LIBERTY MUTUAL INSURANCE
PO BOX 2839
NEW YORK, NY 10116-2839

Liberty Mutual INSURANCE

02839  200  REDACTED    000000000 000000000 0000177556 0000044839 0

HAWK BUILDERS LLC
Account Number: REDACTED
Policies on Account: REDACTED

## Thank You!

Payment Type: Visa ending in 6052

Authorization Number: 036889 ⊕

Payment Amount: $448.39

Payment Date: 05/18/2021

Confirmation Date: 05/18/2021 11:25 AM EDT

Reference Number: 0010RGSQ ⊕

*Please allow up to three business days to view your transaction online.*

Would you like an email confirmation? ⊕
Email:
walersyarhawkbuilders@gmail.com

Confirm Email:
walersyarhawkbuilders@gmail.com

Email Sent

Save time and continue with enrollment in Automatic Payments
Learn about Benefits of Automatic Payments (/AF/content/eftAutomaticWithdrawalsFAQ.do)

Set Up Automatic Payments

PCRCPBN  .00000446  Page 2

## PREMIUM NOTICE
## ACCOUNT NUMBER: REDACTED

 **Liberty Mutual** INSURANCE

---

Agent: TELEPHONE (201)-939-1076
THE BOGLE AGENCY, INC.
200 STUYVESANT AVE
LYNDHURST NJ 07071-1705

Account of:
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

Notice Issued to:
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

Member Companies:
THE OHIO CASUALTY INSURANCE COMPANY

We value your time. Pay your bill online mybusinessonline.libertymutual.com
PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Co: 01          Agent: 2920708          Payment Plan: QUARTERLY   Invoice Date: 11/10/2021

| Policy Number | Trans. Date | Account Activity | Charges/ Credits | Policy Balance | Minimum Due |
|---|---|---|---|---|---|
| REDACTED INLAND MARINE | | INSTALLMENT DUE SERVICE CHARGE/FEES *Avoid Fees, Enroll in EFT* | 442.39 6.00 | 884.78 | 442.39 6.00 |
| | | For complete detail of all activity on this account please go to the website listed above | | | |

Payment Due Date: 11/29/2021     Account Balance: $     890.78     Minimum Amount Due: $     448.39

---

Please detach at perforation, retain the top portion for your records and return the bottom portion with your check or money order.

Account of: HAWK BUILDERS LLC                    Co: 01          Invoice Date: 11/10/2021

| Please allow sufficient mail time for payment to arrive by the due date. | | You may pay the minimum amount due or the total account balance. | |
|---|---|---|---|
| Payment Due Date | Account Number | Account Balance | Minimum Amount Due |
| 11/29/2021 | REDACTED | $     890.78 | $     448.39 |

* Please make your check or money order payable to:  LIBERTY MUTUAL INSURANCE
* IMPORTANT: Please write your account number on your check or money order - never send cash!
* Please notify your agent if you have a change of address.
* To enroll in automatic payments, paperless billing, or make a one-time payment please visit the website above.

Thank you for selecting us to service your insurance needs!

Mail Payments To:
LIBERTY MUTUAL INSURANCE
PO BOX 2839
NEW YORK, NY 10116-2839

**Liberty Mutual** INSURANCE

||..|||....||....||.|||....||.|.|...||..|||..||.|.||..||

02839  200   000000000  000000000  0000089078  0000044839  5

CAM-L-003903-25   11/19/2025 3:23:02 PM   Pg 5 of 5   Trans ID: LCV20253128839

Payment Services - Confirmation

11/17/21; 2:13 PM

Print | System Updated: 11/17/2021

**4 Back to Summary**

**4 Back to Home**

**▼ Account Details**

Account Of
HAWK BUILDERS
LLC

Account Number
REDACTED

Policies on Account
REDACTED

**▼ Relevant Links**

View History
View Notice
View Policy Detail
View Future
Installments

# Thank You!

Payment Type: Visa ending in 1488

Authorization Number: 017845 ❓

Payment Amount: $448.39

Payment Date: 11/17/2021

Confirmation Date: 11/17/2021 02:13 PM EST

Reference Number: 0013F6WG ❓

*Please allow up to three business days to view your transaction online.*

Would you like an email confirmation? ❓

Email:                          Confirm Email:

[ walersyahawkbuilders@g ]   [ walersyahawkbuilders@g ]   **Email Sent**

Save time and continue with enrollment in Automatic Payments.

Learn about Benefits of Automatic Payments
(/AF/content/eftAutomaticWithdrawalsFAQ.do)

[ Set Up Automatic Payments ]

CAM-L-003903-25   11/19/2025 3:23:02 PM   Pg 1 of 4   Trans ID: LCV20253128839

# EXHIBIT H

**PREMIUM NOTICE**
**ACCOUNT NUMBER:** ▊REDACTED▊


Liberty Mutual
INSURANCE

Agent: TELEPHONE (201)-939-1076
THE BOGLE AGENCY, INC.
200 STUYVESANT AVE
LYNDHURST NJ 07071-1705

Account of:
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

Notice issued to:
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN NJ 08109

Member Companies:
THE OHIO CASUALTY INSURANCE COMPANY

We value your time. Pay your bill online mybusinessonline.libertymutual.com
PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Co: 01    Agent: 2920708    Payment Plan: QUARTERLY    Invoice Date: 05/10/2022

| Policy Number | Trans. Date | Account Activity | Charges/ Credits | Policy Balance | Minimum Due |
|---|---|---|---|---|---|
| REDACTED INLAND MARINE | 03/30/2022 03/30/2022 | TERRORISM RISK INSURANCE ACT RENEWAL EFF 05/29/2022 SERVICE CHARGE/FEES Save on fees. Enroll in EFT! | 51.00 1,718.56 6.00 | 1,769.56 | 442.39 6.00 |
| | | For complete detail of all activity on this account please go to the website listed above. | | | |

Payment Due Date: 05/29/2022    Account Balance: $ 1,775.56    Minimum Amount Due: $ 448.39

Please detach at perforation; retain the top portion for your records and return the bottom portion with your check or money order.
Account of: HAWK BUILDERS LLC    Co: 01    Invoice Date: 05/10/2022

| Please allow sufficient mail time for payment to arrive by the due date. | | You may pay the minimum amount due or the total account balance. | |
|---|---|---|---|
| Payment Due Date | Account Number | Account Balance | Minimum Amount Due |
| 05/29/2022 | REDACTED | $ 1,775.56 | $ 448.39 |

* Please make your check or money order payable to: LIBERTY MUTUAL INSURANCE
* IMPORTANT: Please write your account number on your check or money order - never send cash!
* Please notify your agent if you have a change of address.
* To enroll in automatic payments, paperless billing, or make a one-time payment please visit the website above.

Thank you for selecting us to service your insurance needs!

Mail Payments To:
LIBERTY MUTUAL INSURANCE
PO BOX 2839
NEW YORK, NY 10116-2839

Liberty Mutual
INSURANCE

ɪɪllɪɪllɪɪɪllɪɪɪɪɪllɪɪllɪllɪɪɪlllɪɪɪllɪɪ

02839 200 ▊REDACTED▊ 000000000 000000000 0000177556 00000448390



*003025*
Liberty Mutual Insurance
P O Box 188025
Fairfield, OH 45018-8025



HAWK BUILDERS LLC
7905 BROWNING RD STE 200
PENNSAUKEN NJ 08109

Our intuitive and mobile-friendly screens provide quick and easy access
to these online self-service features:
- View your account status, payment history, and billing notices
- Sign up for paperless billing
- Enroll in and manage automatic payments
- Make a one-time payment from our Login Page without creating a profile
- Make online payments or schedule a payment for a future date
- Maintain online bank data for future use
- Set up email notification for billing activity on your account

Go to mybusinessonline.libertymutual.com to create a profile or
log in, if you have a profile. Click on View and Pay My Bill to
access your account.



Alliance Financials - Confirmation

5/17/22, 11:38 AM

Print | System Updated: 05/17/2022

◄ Back to
Summary

◄ Back to Home

▼ Account Details

Account Of
HAWK BUILDERS
LLC

Account Number
REDACTED

Policies on Account
REDACTED

▼ Relevant Links

View History
View Notice
View Policy Detail
View Future
Installments

# Thank You!

Payment Type: Visa ending in 7096

Authorization Number: 045672 ❷

Payment Amount: $1,776.69

Payment Date: 05/17/2022

Confirmation Date: 05/17/2022 11:38 AM EDT

Reference Number: 0016L1YH ❷

Please allow up to three business days to view your transaction online.

Would you like an email confirmation? ❷

| Email: | Confirm Email: | |
| walersyarhawkbuilders@gr | walersyarhawkbuilders@gr | Email Sent |

Save time and continue with enrollment in Automatic Payments

Learn about Benefits of Automatic Payments
(/AF/content/eftAutomaticWithdrawalsFAQ.do)

[ Set Up Automatic Payments ]

# EXHIBIT I

CAM-L-003903-25   11/19/2025 3:23:02 PM   Pg 2 of 4   Trans ID: LCV20253128839

*000453*

LIBERTY MUTUAL INSURANCE
PO BOX 188025
FAIRFIELD, OH 45018-8025


Liberty Mutual.
INSURANCE

HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN, NJ 08109

Notice the new bill?
See Important Messages

## Billing Notice
Business Insurance
June 9, 2023

| Amount Due: | $488.64 |
| Due Date: | 06/09/2023 |
| Account Balance: | $1930.57 |

Pay your bill by the due date above to avoid policy
cancellation. Thank you for your business!

**Your Account:**
#9000138759
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN, NJ 08109

**Policies on Account:**
REDACTED BM-Inland Marine

**Your Agent(s):**
#2920703
THE BOGLE AGENCY, INC.
200 STUYVESANT AVE
LYNDHURST, NJ 07071-1705
+1-201-939-1076

### Important Messages
* We're transitioning to an enhanced billing experience.
  Visit https://lmt.co/billingfaq to learn what's changing,
  including a new payment address, phone number, and
  improved online portal.
* A separate cancellation notice was sent to you for each
  policy marked with a **. Payment of this invoice has no
  impact on the marked policy(ies)

**Save time & PAY ONLINE!**
Pay your bill online 24/7 at
mybusinessonline.libertymutual.com

**For Billing Questions...**
Call 844-961-0334
Mon.-Fri. 8AM-8PM EST

Please detach and return the entire bottom portion with your payment in the envelope provided.

**Payment Coupon**
Please send all payments in the envelope provided.
Please make check payments to: Liberty Mutual Insurance

| Account of: | HAWK BUILDERS LLC |
| Account #: | REDACTED |
| Due date: | 06/09/2023 |

| Pay account balance: | $1930.57 |
| Pay amount due: | $488.64 |

LIBERTY MUTUAL INSURANCE
PO BOX 2125
NEW YORK, NY 10116-2125

02125  500  REDACTED  00000000000  000000000  0000193057  000004864  0

From: Liberty Mutual Insurance Billing
Sent: Wednesday, June 14, 2023 11:52 AM
To: hasroon@thehawkbuilders.com
Subject: Your payment has been processed.

☑ View online

**Liberty Mutual**
INSURANCE

Billing account number: 9000138759

## Hello,

Thank you for your recent payment. Your payment will be applied to your balance on 06/14/2023 and reflected on your bank account within 1-3 business days.

Make a payment

📧 Billing summary

**Confirmation number:**
D00000QV17

**Amount:**
$488.64

**Payment date:**
06/14/2023

**Payment method:**
Bank Account ending in 6736

**Policy(s):**
REDACTED

From: Liberty Mutual Insurance Billing
Sent: Wednesday, June 14, 2023 1:09 PM
To: hasroon@thehawkbuilders.com
Subject: Your payment has been processed.

☑ View online

**Liberty Mutual**
INSURANCE

Billing account number: 9000138759

## Hello,

Thank you for your recent payment. Your payment will be applied to your balance on 06/14/2023 and reflected on your bank account within 1-3 business days.

[ Make a payment ]

🖃 Billing summary

**Confirmation number:**
D0000QV9J

**Amount:**
$1441.93

**Payment date:**
06/14/2023

**Payment method:**
Bank Account ending in 6736

**Policy(s):**
REDACTED

# EXHIBIT J

CAM-L-003903-25   11/19/2025 3:33:02 PM   Pg 2 of 6   Trans ID: LCV20253128839

*004229*

THE BOGLE AGENCY, INC.
200 STUYVESANT AVE
LYNDHURST, NJ 07071-1705

 **Liberty Mutual.**
INSURANCE

||l|l||l|l|l|ll||l||l||l||l|l||l|l||l|l|l|l|l|l||l|l|l||l|l||l||l||l|l

HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN, NJ 08109

Notice the new bill?
See Important Messages

# Billing Notice
Business Insurance
May 10, 2024

| | |
|---|---|
| Amount Due: | $505.48 |
| Due Date: | 06/01/2024 |
| Account Balance: | $1997.90 |

Pay your bill by the due date above to avoid policy cancellation. Thank you for your business!

**Your Account:**
#9000138759
HAWK BUILDERS LLC
7905 BROWNING RD STE 206
PENNSAUKEN, NJ 08109

**Policies on Account:**
REDACTED - BM-Inland Marine

## Important Messages
* We're transitioning to an enhanced billing experience. Visit https://lmi.co/billingfaq to learn what's changing, including a new payment address, phone number, and improved online portal.

**Your Agent(s):**
#2020708
THE BOGLE AGENCY, INC.
200 STUYVESANT AVE
LYNDHURST, NJ 07071-1705
+1-201-939-1076

*Paid in full*

 **Save time & PAY ONLINE!**
Pay your bill online 24/7 at
mybusinessonline.libertymutual.com

**For Billing Questions...**
Call 844-961-0334
Mon-Fri. 8AM-8PM EST.

Please detach and return the entire bottom portion with your payment in the envelope provided.

**Payment Coupon**
Please send all payments in the envelope provided.
Please make check payments to: Liberty Mutual Insurance

| | |
|---|---|
| Account of: | HAWK BUILDERS LLC |
| Account #: | REDACTED |
| Due date: | 06/01/2024 |

| | |
|---|---|
| Pay account balance: | $1997.90 |
| Pay amount due: | $605.48 |

LIBERTY MUTUAL INSURANCE
PO BOX 2125
NEW YORK, NY 10116-2125

02125  500  REDACTED  0000000000  000000000  0000199790  0000050548  0

CAM-L-003903-25    11/19/2025 3:23:02 PM    Pg 3 of 6    Trans ID: LCV2025128839



**Liberty Mutual.**
INSURANCE

*Coverage is Provided by:*
The Ohio Casualty Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116



Policy Number:
REDACTED

Policy Period:
**From 05/29/2024 To 05/29/2025**
12:01 am Standard Time
at Insured Mailing Location

## Common Policy Declarations

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| HAWK BUILDERS LLC<br>7905 BROWNING RD STE 206<br>PENNSAUKEN, NJ 08109 | (201) 939-1076<br>THE BOGLE AGENCY, INC.<br>200 STUYVESANT AVE<br>LYNDHURST, NJ 07071-1705 |

Named Insured Is: LIMITED LIABILITY COMPANY

Named Insured Business Is: CONTRACTOR

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| Commercial Inland Marine | $1,989.90 |

*Total Charges for all of the above coverage parts:*     **$1,989.90**
*Certified Acts of Terrorism Coverage:*   $58.00    **(Included)**

*Note: This is not a bill*

## IMPORTANT MESSAGES

Issue Date        Authorized Representative

To report a claim, call your Agent or 1-844-325-2467

DS 70 21 11 16



POLSVCS   435      INSURED COPY    000548     PAGE   15   OF   58



### Liberty Mutual. INSURANCE

Coverage Is Provided In:

175 Berkeley St., Boston, MA 02116

**REDACTED**

Policy Period:
**From 05/29/2024 To 05/29/2025**
12:01 am Standard Time
at Insured Mailing Location

## Common Policy Declarations

**Named Insured**

HAWK BUILDERS LLC
7905 BROWNING RD, STE 206
PENNSAUKEN, NJ 08109

**Agent**

(201) 939-1076
THE BOGLE AGENCY, INC.
200 STUYVESANT AVE
LYNDHURST, NJ 07071-1705

## SUMMARY OF LOCATIONS

0001 7905 Browning Rd Ste 206, Pennsauken, NJ 08109-4320

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CL 01 00 03 99 | Common Policy Conditions |
| CL 01 46 10 02 | Amendatory Endorsement - New Jersey |
| CL 06 00 01 15 | Certified Terrorism Loss |
| CL 07 00 10 06 | Virus or Bacteria Exclusion |
| CL 16 50 06 06 | Conditional Nuclear, Biological, and Chemical Terrorism Exclusion |
| CM 76 13 07 13 | Waiver of Theft Deductible |
| CM 89 15 06 20 | Variable Deductible Endorsement |
| CM 89 19 06 20 | Valuation Of Equipment Leased Or Rented From Others |
| CM 89 21 08 20 | Replacement Cost Removed On Equipment Older Than Six (6) Years Of Age |
| CM 89 65 08 21 | Cyber Incident Exclusion |
| IL 88 53 11 20 | Actual Cash Value |
| IM 20 61 04 04 | Amendatory Endorsement - New Jersey |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Damon Hart
Secretary

Hamid Mirza
President

To report a claim, call your Agent or 1-844-325-2467
DS 70 21 11 16





**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*

The Ohio Casualty Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

Policy Number:
REDACTED

Policy Period:
**From 05/29/2024 To 05/29/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| HAWK BUILDERS LLC<br>7905 BROWNING RD STE 206<br>PENNSAUKEN, NJ 08109 | (201) 939-1076<br>THE BOGLE AGENCY, INC.<br>200 STUYVESANT AVE<br>LYNDHURST, NJ 07071-1705 |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IM 70 00 04 04 | Contractors' Equipment Coverage |
| IM 78 54 04 04 | Loss Payable Options |
| IM 79 02 04 04 | Loss Payable Schedule |

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 21 11 16
REDACTED        POLSVCS    435



INSURED COPY        000010        PAGE 13 OF 14

This page intentionally left blank.

# EXHIBIT K

**Liberty Mutual.**
INSURANCE

*Coverage is Provided In:*
The Ohio Casualty Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

Policy Number:


Policy Period:
**From 05/29/2025 To 05/29/2026**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| HAWK BUILDERS LLC<br>7905 BROWNING RD STE 206<br>PENNSAUKEN, NJ 08109 | (201) 939-1076<br>The Bogle Agency, Inc.<br>200 Stuyvesant Ave<br>Lyndhurst, NJ 07071-1705 |

**Named Insured Is:** LIMITED LIABILITY COMPANY

**Named Insured Business Is:** CONTRACTOR

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| Commercial Inland Marine | $2,028.07 |

*Total Charges for all of the above coverage parts:* **$2,028.07**
*Certified Acts of Terrorism Coverage:* **$59.00** **(Included)**

*Note: This is not a bill*

## IMPORTANT MESSAGES

| Issue Date | Authorized Representative |
|---|---|
| | |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*

175 Berkeley St., Boston, MA 02116

Policy Number:
REDACTED

Policy Period:
**From 05/29/2025 To 05/29/2026**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| HAWK BUILDERS LLC | (201) 939-1076 |
| 7905 BROWNING RD STE 206 | The Bogle Agency, Inc. |
| PENNSAUKEN, NJ 08109 | 200 Stuyvesant Ave |
| | Lyndhurst, NJ 07071-1705 |

## SUMMARY OF LOCATIONS

0001 7905 Browning Rd Ste 206, Pennsauken, NJ 08109-4320

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CL 01 00 03 99 | Common Policy Conditions |
| CL 01 46 10 02 | Amendatory Endorsement - New Jersey |
| CL 06 00 01 15 | Certified Terrorism Loss |
| CL 07 00 10 06 | Virus or Bacteria Exclusion |
| CL 16 50 06 06 | Conditional Nuclear, Biological, and Chemical Terrorism Exclusion |
| CM 76 13 07 13 | Waiver of Theft Deductible |
| CM 89 15 06 20 | Variable Deductible Endorsement |
| CM 89 19 06 20 | Valuation Of Equipment Leased Or Rented From Others |
| CM 89 21 08 20 | Replacement Cost Removed On Equipment Older Than Six (6) Years Of Age |
| CM 89 65 08 21 | Cyber Incident Exclusion |
| CM 89 86 05 24 | Amendment Of Misrepresentation, Concealment, Or Fraud Condition - New Jersey |
| IL 88 53 11 20 | Actual Cash Value |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Damon Hart
Secretary

Hamid Mirza
President

*To report a claim, call your Agent or 1-844-325-2467*
**DS 70 21 11 16**

POLSVCS    435                    INSURED COPY    000417    PAGE  16  OF  58

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*

The Ohio Casualty Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

Policy Number:
REDACTED

Policy Period:
**From 05/29/2025 To 05/29/2026**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| HAWK BUILDERS LLC<br>7905 BROWNING RD STE 206<br>PENNSAUKEN, NJ 08109 | (201) 939-1076<br>The Bogle Agency, Inc.<br>200 Stuyvesant Ave<br>Lyndhurst, NJ 07071-1705 |



## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IM 20 61 04 04 | Amendatory Endorsement - New Jersey |
| IM 70 00 04 04 | Contractors' Equipment Coverage |
| IM 78 54 04 04 | Loss Payable Options |
| IM 79 02 04 04 | Loss Payable Schedule |

*To report a claim, call your Agent or 1-844-325-2467*

This page intentionally left blank.

Case 1:25-cv-19090-KMW-SAK   Document 1-1   Filed 12/31/25   Page 127 of 164
CAM-L-003903-25   11/19/2025 3:23:02 PM Pg 6 of 6 Trans ID: LCV20253128639
Coverage is Provided in: PageID: 140



The Ohio Casualty Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial Inland Marine**
**Declarations**

Policy Number:
REDACTED

Policy Period:
**From 05/29/2025 To 05/29/2026**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| HAWK BUILDERS LLC | (201) 939-1076 |
| | The Bogle Agency, Inc. |

## SUMMARY OF CHARGES

| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | Contractors Equipment with Small Tools | $1,963.00 |
| | Commercial Inland Marine Schedule Totals | $1,963.00 |
| | NJ Property - Liability Insurance Guaranty Association Surcharge | $6.07 |
| | Certified Acts of Terrorism Coverage | $59.00 |

**Total Advance Charges:** **$2,028.07**
*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

EXHIBIT L



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

## Policy Change Endorsement

Policy Number:


Policy Period:
**From 05/29/2025 To 05/29/2026**

Endorsement Period:
**From 06/13/2025 to 05/29/2026**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| HAWK BUILDERS LLC<br>7905 BROWNING RD STE 206<br>PENNSAUKEN, NJ 08109 | (201) 939-1076<br>The Bogle Agency, Inc.<br>200 Stuyvesant Ave<br>Lyndhurst, NJ 07071-1705 |

## CHANGES TO POLICY - TRANSACTION # 2

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

No Change in Premium

### Description of Change(s)

THE FOLLOWING ITEM HAS BEEN AMENDED TO THE

CONTRACTORS EQUIPMENT WITH SMALL TOOLS SCHEDULE ON

ACTUAL CASH VALUE: 2017 MAGNI RTH35S ENDING IN

01303.

See The Revised Declarations and Declarations Schedule

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

    POLSVCS    435

INSURED COPY    001104    PAGE  3  OF  14

**Liberty Mutual.**
INSURANCE

**Coverage Is Provided In:**

The Ohio Casualty Insurance Company – a stock company

175 Berkeley St., Boston, MA 02116

## Policy Change Endorsement

Policy Number:
REDACTED

Policy Period:
**From 05/29/2025 To 05/29/2026**

Endorsement Period:
**From 06/13/2025 to 05/29/2026**
12:01 am Standard Time
at Insured Mailing Location

| Named Insured | Agent |
|---|---|
| HAWK BUILDERS LLC | (201) 939-1076 The Bogle Agency, Inc. |

## SUMMARY OF LOCATIONS

0001 7905 Browning Rd Ste 206, Pennsauken, NJ 08109-4320

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CL 01 00 03 99 | Common Policy Conditions |
| CL 01 46 10 02 | Amendatory Endorsement - New Jersey |
| CL 06 00 01 15 | Certified Terrorism Loss |
| CL 07 00 10 06 | Virus or Bacteria Exclusion |
| CL 16 50 06 06 | Conditional Nuclear, Biological, and Chemical Terrorism Exclusion |
| CM 76 13 07 13 | Waiver of Theft Deductible |
| CM 89 15 06 20 | Variable Deductible Endorsement |
| CM 89 19 06 20 | Valuation Of Equipment Leased Or Rented From Others |
| CM 89 21 08 20 | Replacement Cost Removed On Equipment Older Than Six (6) Years Of Age |
| CM 89 65 08 21 | Cyber Incident Exclusion |
| CM 89 86 05 24 | Amendment Of Misrepresentation, Concealment, Or Fraud Condition - New Jersey |
| IL 88 53 11 20 | Actual Cash Value |
| IM 20 61 04 04 | Amendatory Endorsement - New Jersey |
| IM 70 00 04 04 | Contractors' Equipment Coverage |

Issue Date

Authorized Representative

**To report a claim, call your Agent or 1-844-325-2467**

DS 70 27 01 08

 POLSVCS      435



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*

The Ohio Casualty Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

### Policy Change Endorsement

Policy Number:
REDACTED

Policy Period:
**From 05/29/2025 To 05/29/2026**

Endorsement Period:
**From 06/13/2025 to 05/29/2026**
*12:01 am Standard Time
at Insured Mailing Location*

| **Named Insured** | **Agent** |
|---|---|
| HAWK BUILDERS LLC | (201) 939-1076 |
| | The Bogle Agency, Inc. |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| **FORM NUMBER** | **TITLE** |
|---|---|
| IM 78 54 04 04 | Loss Payable Options |
| *IM 79 02 04 04 | Loss Payable Schedule |

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 27 01 08

   POLSVCS   435

INSURED COPY   001104   PAGE  5  OF  14

This page intentionally left blank.



**Liberty Mutual.**
INSURANCE

*Coverage is Provided in:*

The Ohio Casualty Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

## Commercial Inland Marine
## Declarations -Revised

Policy Number:

REDACTED

Policy Period:
**From 05/29/2025 To 05/29/2026**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| HAWK BUILDERS LLC | (201) 939-1076<br>The Bogle Agency, Inc. |



## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Contractors Equipment with Small Tools | $1,963.00 |
| | |
| Commercial Inland Marine Schedule Totals | $1,963.00 |
| NJ Property - Liability Insurance Guaranty Association Surcharge | $6.07 |
| Certified Acts of Terrorism  Coverage | $59.00 |

*Total Advance Charges:* **$2,028.07**
*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 22 01 08

REDACTED   POLSVCS   435

INSURED COPY   001104

# SCHEDULE OF COVERAGES

## CONTRACTORS' EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**PROPERTY COVERED**

(check one)

[ X ] Scheduled Equipment (Refer to Equipment Schedule)

[   ] Schedule On File

|  | "LIMIT" |
|---|---|
| **Catastrophe Limit** -- The most "we" pay for loss in any one occurrence is: | $   204,255 |

**COVERAGE EXTENSIONS**

| | |
|---|---|
| Additional Debris Removal Expenses | $   5,000 |

**SUPPLEMENTAL COVERAGES**

| | |
|---|---|
| Employee Tools | $   5,000 |
| Equipment Leased or Rented From Others | $   25,000 |
| Newly Purchased Equipment (check one) | |
| [X]  Percentage of Catastrophe Limit | 30  % |
| [   ]  Dollar Limit | $ |
| Pollutant Cleanup and Removal | $   25,000 |
| Rental Reimbursement | |
| -- Reimbursement Limit | $   5,000 |
| -- Waiting Period | 72 Hours |
| Spare Parts and Fuel | $   5,000 |

Copyright, American Association of Insurance Services, Inc., 2012

AAIS
IM 7005 01 12
PAGE 2 OF 2



**COINSURANCE** (check one)

[ ] 80%    [ ] 90%    [X] 100%    [ ] OTHER    %

**REPORTING CONDITIONS** (check if applicable)

[ ] **Equipment Leased or Rented From Others**

-- Reporting Rate                              $

-- Deposit Premium                             $

-- Minimum Premium                             $

**VALUATION** (check if applicable)

[ ] Actual Cash Value        [ ] Replacement Cost

[X] Indicated on Equipment Schedule

**DEDUCTIBLE** (check one)

[X] Flat Deductible Amount          $   1,000  **

[ ] Percentage Deductible                      %

    Maximum Deductible Amount       $

    Minimum Deductible Amount       $

**ADDITIONAL INFORMATION**

** This deductible applies to all equipment
unless specified otherwise. Please refer to
the CM 8917 for Varying equipment deductibles

Copyright, American Association of Insurance Services, Inc., 2012

POLSVCS    435                          INSURED COPY    001104    PAGE  9  OF  14

COMMERCIAL INLAND MARINE
CM 89 17 06 20

# EQUIPMENT SCHEDULE
## CONTRACTORS' EQUIPMENT
### VALUATION BASIS

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**SCHEDULED EQUIPMENT**

**AA** = Agreed Amount    **ACV** = Actual Cash Value    **RP** = Replacement Cost

| Item No. | Valuation | Description of Equipment | "Limit" | Deductible |
|---|---|---|---|---|
| 1 | ACV | 2017 Magni RTH35S 00001303 | $ 204,255 | 1,000 |
|  |  |  | $ |  |
|  |  |  | $ |  |
|  |  |  | $ |  |
|  |  |  | $ |  |
|  |  |  | $ |  |

CM 89 17 06 20

© 2020 Liberty Mutual Insurance
Includes copyrighted material of the
American Association of Insurance Services, with its permission.

**Page 1 of 2**

| Item No. | Valuation | Description of Equipment | "Limit" | Deductible |
|---|---|---|---|---|
| ___ ___ | | _____ | $ _____ | _____ |
| | | _____ | | |
| | | _____ | | |
| ___ ___ | | _____ | $ _____ | _____ |
| | | _____ | | |
| | | _____ | | |



**CM 89 17 06 20**

© 2020 Liberty Mutual Insurance
Includes copyrighted material of the
American Association of Insurance Services, with its permission.

**Page 2 of 2**

REDACTED    POLSVCS    435                                    INSURED COPY    001104    PAGE  11  OF  14

This page intentionally left blank.

AAIS
IM 7902 04 04
Page 1 of 1

# LOSS PAYABLE SCHEDULE

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)



Indicate applicable provision:

[X]  Loss Payable
[ ]  Lender's Loss Payable
[ ]  Contract of Sale

## SCHEDULE

Location Number
1

Address
7905 Browning Rd Ste 206

Pennsauken
NJ
081094320

Covered Property
2017 Magni RTH35S SN- 00001303

Name and Address of Loss Payee
Ominiscient Financial
184 South Livingston Ave
LIVINGSTON
NJ
07039

IM 7902 04 04

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7902 04 04**
**Page 1 of 1**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]  Loss Payable
[ ]  Lender's Loss Payable
[ ]  Contract of Sale

## SCHEDULE

Location Number
1

Address
7905 Browning Rd Ste 206

Pennsauken
NJ
081094320

Covered Property
2017 Magni RTH35S SN- 00001303

Name and Address of Loss Payee
Busey Bank ISAOA
PO Box 17370
URBANA
IL
61803

**IM 7902 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

# EXHIBIT M



Liberty Mutual Insurance
Processing Center
P.O Box 5014
Scranton, PA 18505-5014

July 10, 2025

Hawk Builders LLC
7905 Browning Rd Ste 206
Pennsauken, NJ 08109

## REGULAR AND CERTIFIED MAIL
## RETURN RECEIPT REQUESTED

RE:  Insured:                     Hawk Builders LLC
     Loss Location:               136 Passaic Ave, Livingston, NJ
     Date of Loss:                June 11, 2025
     Policy Number:               REDACTED
     Policy Effective Dates:      May 29, 2025 – May 29, 2026
     Claim Number:                24266927
     Underwriting Company:        The Ohio Casualty Insurance Company – a stock company

Hawk Builders LLC:

This letter is to inform you that we have conducted an investigation of your claim for damage to a
2017 Magni RTH 5.35 S 00001303.  We have completed our review of the information provided by
you or on your behalf.  The following is a summary of our findings and position on coverage for the
claim asserted.

The insurance policy issued to Hawk Builders LLC provides coverage subject to the policy terms
and conditions.  Based on our investigation and review of the policy, there is no coverage available
for the 2017 Magni RTH 5.35 S 00001303 under your first party property coverage as outlined
below.

## THE CLAIM

Our first notice of loss was on June 11, 2025.  It was reported that the 2017 Magni RTH35S
00001190 flipped over on work site.

Our investigation of your claim revealed the following relevant information:

- The involved item is not the scheduled 2017 Magni RTH35S 00001190
- The damaged 2017 Magni RTH 5.35 00001303 was purchased in 2020 and received by you
  in 2021

## THE POLICY

With regard to your Policy, we refer you to the following relevant provisions contained in the
Contractors' Equipment Coverage IM 7000 04/04:

**AGREEMENT**

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

### 1. Scheduled Equipment --

   **a. Coverage --** "We" cover direct physical loss caused by a covered peril to:

      **1)** "your" "contractors' equipment"; and

      **2)** "contractors' equipment" of others in "your" care, custody, or control.

   **b. Coverage Limitation --** "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

      **1)** that are described on the "equipment schedule"; and

      **2)** when Scheduled Equipment is indicated on the "schedule of coverages".

### 2. Schedule On File --

   **a. Coverage --** "We" cover direct physical loss caused by a covered peril to:

      **1)** "your" "contractors' equipment"; and

      **2)** "contractors' equipment" of others in "your" care, custody, or control.

   **b. Coverage Limitation --** "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

1) that are listed in a schedule which "you" must submit to "us" and "we" keep on file, the schedule must contain a description of each item to be covered and a "limit" for each item; and

2) when Schedule on File is indicated on the "schedule of coverages".

\*\*\*

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

**a.** is the only "limit" available for the described coverage; and

**b.** is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

\*\*\*

## 3. Newly Purchased Property --

**a. Coverage** -- "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.

**b. Limit** -- The most that "we" pay for any loss under this supplemental coverage is the least of the:

1) actual cash value of the covered property; or

2) "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of

coverages" applies to this coverage.

**c. Time Limitation** -- "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 60 days.

This supplemental coverage will end when any of the following first occur:

**1)** this policy expires;

**2)** 60 days after "you" obtain the additional "contractors' equipment"; or

**3)** "you" report the additional "contractors' equipment" to "us".

**d. Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

***

As it pertains to your schedule, the 2017 Magni RTH 5.35 00001303 is not listed.

## APPLICATION OF POLICY

In an effort to alert you to the basis of the denial of coverage, we list below the grounds under which all aspects of the claim are not covered under the policy. It is our intent to incorporate by reference all of the terms of the policy through this denial of coverage letter. Based upon the information available to date, the grounds for the denial of coverage under the policy, or under applicable law, with respect to the claim, include, but are not limited to, the following:

We have determined that the 2017 Magni RTH 5.35 00001303 is not listed under the schedule and would not be considered covered property. As outlined in the policy wording above, the equipment must be listed on the schedule or purchased within the past 60 days for coverage to apply.

Based on the above we find no coverage under the terms and conditions of your policy for the costs claimed in connection with your asserted claim and therefore deny your claim. In view of the absence of coverage, we make no comment relative to the amount of loss or damage but include those issues within the rights reserved.

If you have any questions about the content of this letter or the terms and provisions of your policy of insurance, please do not hesitate to call me.

The foregoing is not intended to waive any defenses which are now, or which may hereafter become available to us. The foregoing does not constitute a waiver of any term, condition, or exclusion of the insurance policy or any rights and defenses under the policy, and we hereby expressly reserve all of our rights and defenses thereunder.

Finally, your policy also states the following under the IM 7000 (04/04):

## OTHER CONDITIONS

**10. Suit Against Us –** No one may bring a legal action against "us" under this coverage unless:

    **a.** all of the "terms" of this coverage have been complied with; and
    **b.** the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

*** 

We would like to notify you of the Internal Appeals Process (IAP) that can be utilized if there is a dispute involving liability, coverage and/or the amount of your claim. To initiate an appeal, you must submit a letter outlining the facts relevant to your claim and your position regarding liability, coverage and/or damages. The letter should be addressed as follows:

New Jersey Claims Internal Appeals Committee
Safeco Insurance
P.O. Box 5014
Scranton, PA 18505-5014

If you don't agree with our position, you have the right of appeal under the law. A committee of company employees who are at a supervisory level or higher will review the appeal. The review will be completed within 10 business days of receipt of your letter and written notice will be sent within three business days of the decision. The Internal Appeals Process does not waive or alter any of the terms or conditions of our policy, nor does it extend any statutes of limitation or suit limitation provisions.

New Jersey Claims Internal Appeals Committee (PL):
Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116
Phone: 1-800-344-0197
Fax: 607-574-6688
Email: presidentialsvcteam@libertymutual.com

Reply to an appeal request where initial decision is maintained should include:

The Office of the Insurance Ombudsman
New Jersey Department of Banking and Insurance
Consumer Assistance
20 West State Street
PO Box 329
Trenton, NJ 08625-0329
Telephone: (609) 292-7272
Telefax: (609) 292-2431 or (609) 777-0508
Automated Hotline: 1-800-446-7467
E-mail: ombudsman@dobi.nj.gov
Electronic complaint submissions: http://www.state.nj.us/dobi/consumer.htm

If you should have any questions regarding this matter, please don't hesitate to contact me at (317) 805-4210.

Sincerely,

*Lauren Farmer*

Lauren Farmer
Claim Specialist II – CL

cc:  The Bogle Agency, Inc.
     200 Stuyvesant Ave
     Lyndhurst, NJ 07071

# EXHIBIT N



# CLARK GULDIN
## ATTORNEYS AT LAW

jguldin@clarkguldin.com
*Reply to: MONTCLAIR*
*Direct Dial: (973) 206-5789*
*Direct Fax: (973) 206-5790*

September 17, 2025

**VIA EMAIL FIRST CLASS MAIL AND**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Ms. Lauren Farmer
Claims Specialist II – CL
Liberty Mutual Insurance Company
P.O. Box 5014
Scranton, PA 18505-5014

Re:    Policy No.:      REDACTED
       Insured:         Hawk Builders LLC
       Date of Loss:    June 11, 2025
       Effective Dates:  May 29, 2025-May 29,2026
       Your Claim No.:  24266927

Dear Ms. Farmer:

Our law firm represents Hawk Builders LLC, the insured (the "Insured") under Commercial Inland Marine Policy No. REDACTED (he "Policy"), issued by The Ohio Insurance Company (the "Insurer"), effective from May 29, 2025 through May 29, 2026, in connection with the Insured's claim for damage to a telescoping forklift on or about June 11, 2025 (the "Forklift"). As pertinent, the Policy provides a catastrophe limit of $204,255 in addition to certain coverage extensions and supplemental coverages subject to a $1,000 deductible. We respond to your July 10, 2025 letter declining coverage on the basis that the forklift's serial number on the Equipment Schedule differs from the serial number of the Forklift that was damaged. The Insurer's declination of coverage based on its hyper-technical construction of the Policy is not in good faith as it ignores the Insured's reasonable expectations of coverage and because the Insurer has already acknowledged that the differing serial numbers were not material to the underwriter's decision to issue the policy.

20 Church Street, Suite 15, Montclair, NJ 07042
111 West 33rd St, 4th Floor, New York, NY 10120
T: 973.707.5346 F: 973.707.7631
www.clarkguldin.com

{00086029 - 2}

September 17, 2025

## FACTUAL BACKGROUND

In or around June 2020, your Insured purchased a telescoping forklift , serial number SN00001190, from Magni America LLC ("Magni") for $226,950.70. On or about May 29, 2000, the Insurer issued the initial policy and correctly listed the forklift (SN00001190) on the Equipment Schedule that was part of the Policy. Apparently, Magni shipped the wrong forklift (SN00001190), and in June of 2021, swapped the forklift (SN00001190) with an identical piece of equipment, *i.e.* the Forklift, bearing serial number 00001303. In fact, the Bill of lading states that the delivery of the Forklift (SN00001303) was a "machine swap." The Insured was unaware that the Policy required the Insured to notify the Insurer of the substitution and this apparently never occurred. Thus, for each of the policies incepting May 29, 2021, May 29, 2022, May 29, 2023, May 29, 2024, and May 29, 2025, the effective policy insured the forklift bearing the serial number 00001190, equipment that your Insured no longer owned and was not in its possession.

Each year, the Insurer sent your Insured with a premium invoice that your Insured paid it in full. For five years, neither the Insurer nor its agent, The Bogle Agency, Inc., asked the Insured to confirm that the equipment shown on the Equipment Schedule was accurate. Moreover, the premium invoice was not accompanied by a copy of the Policy Declarations appending the Equipment Schedule thereby putting your Insured on notice of the specific equipment that the policy covered. Having received and reviewed the Policy in or about June 2020, your Insured filed it and had no occasion to review it again. As your insured owns only one telescoping forklift, and that was what the Policy insured, it was reasonable for your Insured to expect that the replacement of the forklift (SN00001190) with the Forklift (SN00001303) did not affect the coverage for that equipment. This is especially true, where neither the Insurer nor the broker identified the specific equipment that the Policy covered after issuing the original policy in 2020.

Prior to May 29, 2025, the Insurer issued its premium invoice for $2,028.07. On June 11, 2025, the Forklift toppled and your Insured gave the Insurer notice of the loss. On or about June 13, 2025, the Insurer issued a Policy change endorsement listing the Forklift (SN00001303) on the Equipment Schedule and informing the Insured that the total premium was still $2,028.07.

## DISCUSSION

New Jersey Courts recognize that insurance policies are contracts of adhesion and, as such, are subject to special rules of interpretation. *Longobardi v. Chubb Ins. Co.*, 121 *N.J.* 530, 537 (1990); *Meier v. New Jersey Life Ins. Co.*, 101 *N.J.* 597, 611–12 (1986). As the New Jersey Supreme Court noted in *Allen v. Metropolitan Life Insurance Co.*, 44 *N.J.* 294, 305

(1965), an insurance company is "expert in its field and its varied and complex instruments are prepared by it unilaterally whereas the assured or prospective assured is a layman unversed in insurance provisions and practices."

Further, insurance policies must be construed to comport with the reasonable expectations of the insured. *American Motorists Ins. Co. v. L–C–A Sales Co.*, 155 N.J. 29, 41 (1998); *see also DiOrio v. New Jersey Mfrs. Ins. Co.*, 79 N.J. 257, 269 (1979) ("Recognizing the position of laymen with respect to insurance policies prepared and marketed by the insurer, our courts have endorsed the principle of giving effect to the 'reasonable expectations' of the insured for the purpose of rendering a 'fair interpretation' of the boundaries of insurance coverage."); *Allen v. Metropolitan Life Ins. Co.*, 44 N.J. 294, 305 (1965)("[An insured's] reasonable expectations in the transaction may not justly be frustrated and courts have properly molded their governing interpretative principles with that uppermost in mind.").

Here, your Insured submitted a complete and correct application for insurance in 2020 and, a year later, the originally insured forklift (SN00001190) was swapped for an identical piece of equipment (SN00001303). The Insured did not omit or misrepresent any facts on the original application and the Insurer never required the Insured to submit a new application as each Policy incepted, nor did the Insurer provide the Insured, annually, with the Equipment Schedule to provide the Insured an opportunity to confirm and/or correct the equipment intended to be insured. Moreover, the Insurer knew that it was insuring a forklift.

The equities weigh heavily in your Insured's favor and it is unlikely that a court would permit the Insurer escape responsibility for this loss on a "gotcha" basis because the discrepancy in the serial numbers is not material. Any argument that the Insurer would not have issued the Policy had the correct serial number of the forklift been disclosed is likely to be rejected because it is simply not material. In the context of insurance policies, a false statement bars "the right of recovery" if it "materially affected the acceptance of the risk or the hazard assumed." *American General Life Ins. Co. v. Garcia*, No. 07-3179, 2009 WL 2905372 (Sept. 10, 2009 D.N.J.), quoting *Massachusetts Mut. Ins. Co. v. Manzo*, 122 N.J. 104, 115 (1991). The *Manzo* court held that the proper test of materiality is whether an incorrect statement on an application "naturally and reasonably influence[d] the judgment of the underwriter in making the contract at all, or in estimating the degree or character of the risk, or in fixing the rate of premium." *Manzo*, at 115, citing *Kerpchak v. John Hancock Mt. Ins. Co.*, 97 N.J.L. 196, 198 (N.J. Err. & App. 1922).

Here, the Insurer has already demonstrated that it was immaterial whether it insured the forklift bearing the serial number 00001190 or the substituted Forklift, serial number 00001303, because two days after receiving notice of the Insured's loss, the Insurer issued

a Policy Change Endorsement listing the Forklift, serial number 00001303, at no additional premium. Thus, the Insurer's declination embodies the insurance industry's "unholy mantra" of "we collect premiums, we do not pay claims." *Owens-Illinois, Inc. v. United Ins. Co.*, 264 N.J. Super. 460, 491 (App. Div. 1993).

It is a fundamental percept of insurance policy construction that:

> [w]hen members of the public purchase policies of insurance they are entitled to the broad measure of protection necessary to fulfill their reasonable expectations. They should not be subjected to technical encumbrances or to hidden pitfalls and their policies should be construed liberally to the end that coverage is afforded "to the full extent that any fair interpretation will allow." [Citations omitted].

*Kievet v. Loyal Protect Life Ins. Co.*, 34 N.J. 475, 482 (1961).

An important corollary of the reasonable-expectation doctrine, is that reasonable expectations will, in appropriate circumstances, prevail over policy language to the contrary "[w]here particular provisions, if read literally, would largely nullify the insurance, they will be severely restricted so as to enable fair fulfillment of the stated policy objective." *Id.* at 483. The reasonable expectation doctrine was further explained by the New Jersey Supreme Court in *Sparks v. St. Paul Ins. Co.*, 100 N.J. 325, 338-339 (1985), in which the court explained:

> The interpretation of insurance contracts to accord with the reasonable expectations of the insured, regardless of the existence of any ambiguity in the policy, constitutes judicial recognition of the unique nature of contracts of insurance. By traditional standards of contract law, the consent of both parties, based on an informed understanding of the terms and conditions of the contract is rarely present in insurance contracts. (Citation omitted). Because understanding is lacking, the consent necessary to sustain traditional contracts cannot be presumed to exist in most contracts of insurance. Such consent can be inferred only to the extent that the policy language conforms to public expectations and commercially reasonable standards. (Citation omitted). In instances in which the insurance contract is inconsistent with public expectations and commercially accepted standards, judicial regulation of insurance contracts is essential in order to prevent overreaching and injustice.

The Insured purchased the Policy with the reasonable expectation that the Insurer would respond to covered claims such as the damage to the Forklift on June 11, 2025. The

Ms. Lauren Farmer                                          September 17, 2025
Page 5 of 5

Insurer's construction of the Policy allows it to obtain a windfall in premium dollars while effectively insuring nothing since June 2021. This is not an equitable result and does not comport with your Insured's reasonable expectation of coverage under the Policy. We therefore request that the Insurer promptly confirm that it will provide whatever coverage is available under the Policy.

* * *

In the interim, all rights are reserved.

Very truly yours,

Jonathan T. Guldin, Esq.

cc:     The Bogle Agency, Inc.                    (Via First Class Mail & Certified Mail
        200 Stuyvesant Ave.                            Return Receipt Requested)
        Lyndhurst, NJ 07071-1705

# EXHIBIT O



September 24, 2025

Jonathan Guldin
Clark Guldin Attorneys At Law
20 Church St., Suite 15
Montclair, NJ 07042



Liberty Mutual Insurance
Processing Center
P.O Box 5014
Scranton, PA 18505-5014

RECEIVED
OCT 0 2 2025
CLARK GULDIN
ATTORNEYS AT LAW

## REGULAR AND CERTIFIED MAIL
## RETURN RECEIPT REQUESTED

RE:  Insured:                 Hawk Builders LLC
     Loss Location:           136 Passaic Ave Livingston, NJ 07039
     Date of Loss:            June 11, 2025
     Policy Number:           REDACTED
     Policy Effective Dates:  May 29, 2025 – May 29, 2026
     Claim Number:            24266927
     Underwriting Company:    The Ohio Casualty Insurance Company

Dear Mr. Guldin:

We acknowledge receipt of your letter of representation and request for reconsideration dated September 17, 2025, addressing our coverage position related to the claim for Hawk Builder LLC. The insurance policy issued to Hawk Builders LLC provides coverage subject to the policy terms and conditions. This letter is to inform you that we have reviewed the file with internal stakeholders and maintain our position previously communicated to our policyholder on July 10, 2025, that there is no coverage available for your client's loss. We have attached a copy of the coverage position letter previously provided to the policy holder.

The foregoing is not intended to waive any defenses which are now, or which may hereafter become available to us. The foregoing does not constitute a waiver of any term, condition, or exclusion of the insurance policy or any rights and defenses under the policy, and we hereby expressly reserve all of our rights and defenses thereunder.

With regard to your Policy, we refer you to the following relevant provisions contained in the **Contractors' Equipment Coverage IM 7000 04/04** which states:

***

## OTHER CONDITIONS

10. **Suit Against Us** – No one may bring a legal action against "us" under this coverage unless:

a. all of the "terms" of this coverage have been complied with; and
b. the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

***

We would like to notify you of the Internal Appeals Process (IAP) that can be utilized if there is a dispute involving liability, coverage and/or the amount of your claim. To initiate an appeal, you must submit a letter outlining the facts relevant to your claim and your position regarding liability, coverage and/or damages. The letter should be addressed as follows:

New Jersey Claims Internal Appeals Committee
Safeco Insurance
P.O. Box 5014
Scranton, PA 18505-5014

If you don't agree with our position, you have the right of appeal under the law. A committee of company employees who are at a supervisory level or higher will review the appeal. The review will be completed within 10 business days of receipt of your letter and written notice will be sent within three business days of the decision. The Internal Appeals Process does not waive or alter any of the terms or conditions of our policy, nor does it extend any statutes of limitation or suit limitation provisions.

New Jersey Claims Internal Appeals Committee (PL):
Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116
Phone: 1-800-344-0197
Fax: 607-574-6688
Email: presidentialsvcteam@libertymutual.com

Reply to an appeal request where initial decision is maintained should include:

The Office of the Insurance Ombudsman
New Jersey Department of Banking and Insurance
Consumer Assistance
20 West State Street
PO Box 329
Trenton, NJ 08625-0329
Telephone: (609) 292-7272
Telefax: (609) 292-2431 or (609) 777-0508
Automated Hotline: 1-800-446-7467
E-mail: ombudsman@dobi.nj.gov
Electronic complaint submissions: http://www.state.nj.us/dobi/consumer.htm

***

If you should have any questions regarding this matter, please don't hesitate to contact me at (317) 805-4210.

Sincerely,

*Lauren Farmer*

Lauren Farmer
Claim Specialist II – CL

cc: The Bogle Agency, Inc.
200 Stuyvesant Ave
Lyndhurts, NJ 07071



Liberty Mutual Insurance
Processing Center
P.O Box 5014
Scranton, PA 18505-5014

July 10, 2025

Hawk Builders LLC
7905 Browning Rd Ste 206
Pennsauken, NJ 08109

### REGULAR AND CERTIFIED MAIL
### RETURN RECEIPT REQUESTED

RE:  Insured:               Hawk Builders LLC
     Loss Location:         136 Passaic Ave, Livingston, NJ
     Date of Loss:          June 11, 2025
     Policy Number:         REDACTED
     Policy Effective Dates: May 29, 2025 – May 29, 2026
     Claim Number:          24266927
     Underwriting Company:  The Ohio Casualty Insurance Company – a stock company

Hawk Builders LLC:

This letter is to inform you that we have conducted an investigation of your claim for damage to a 2017 Magni RTH 5.35 S 00001303. We have completed our review of the information provided by you or on your behalf. The following is a summary of our findings and position on coverage for the claim asserted.

The insurance policy issued to Hawk Builders LLC provides coverage subject to the policy terms and conditions. Based on our investigation and review of the policy, there is no coverage available for the 2017 Magni RTH 5.35 S 00001303 under your first party property coverage as outlined below.

### THE CLAIM

Our first notice of loss was on June 11, 2025. It was reported that the 2017 Magni RTH35S 00001190 flipped over on work site.

Our investigation of your claim revealed the following relevant information:

*   The involved item is not the scheduled 2017 Magni RTH35S 00001190
*   The damaged 2017 Magni RTH 5.35 00001303 was purchased in 2020 and received by you in 2021

### THE POLICY

With regard to your Policy, we refer you to the following relevant provisions contained in the Contractors' Equipment Coverage IM 7000 04/04:

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1. Scheduled Equipment --

    a. Coverage -- "We" cover direct physical loss caused by a covered peril to:

    1) "your" "contractors' equipment"; and

    2) "contractors' equipment" of others in "your" care, custody, or control.

    b. Coverage Limitation -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

    1) that are described on the "equipment schedule"; and

    2) when Scheduled Equipment is indicated on the "schedule of coverages".

2. Schedule On File --

    a. Coverage -- "We" cover direct physical loss caused by a covered peril to:

    1) "your" "contractors' equipment"; and

    2) "contractors' equipment" of others in "your" care, custody, or control.

    b. Coverage Limitation -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

1) that are listed in a schedule which "you" must submit to "us" and "we" keep on file, the schedule must contain a description of each item to be covered and a "limit" for each item; and

2) when Schedule on File is indicated on the "schedule of coverages".

***

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages --** The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

***

3. **Newly Purchased Property --**

a. **Coverage --** "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.

b. **Limit --** The most that "we" pay for any loss under this supplemental coverage is the least of the:

1) actual cash value of the covered property; or

2) "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of

coverages" applies to this coverage.

c. Time Limitation -- "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 60 days.

This supplemental coverage will end when any of the following first occur:

1) this policy expires;

2) 60 days after "you" obtain the additional "contractors' equipment"; or

3) "you" report the additional "contractors' equipment" to "us".

d. Additional Premium -- "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

***

As it pertains to your schedule, the 2017 Magni RTH 5.35 00001303 is not listed.

## APPLICATION OF POLICY

In an effort to alert you to the basis of the denial of coverage, we list below the grounds under which all aspects of the claim are not covered under the policy. It is our intent to incorporate by reference all of the terms of the policy through this denial of coverage letter. Based upon the information available to date, the grounds for the denial of coverage under the policy, or under applicable law, with respect to the claim, include, but are not limited to, the following:

We have determined that the 2017 Magni RTH 5.35 00001303 is not listed under the schedule and would not be considered covered property. As outlined in the policy wording above, the equipment must be listed on the schedule or purchased within the past 60 days for coverage to apply.

Based on the above we find no coverage under the terms and conditions of your policy for the costs claimed in connection with your asserted claim and therefore deny your claim. In view of the absence of coverage, we make no comment relative to the amount of loss or damage but include those issues within the rights reserved.

If you have any questions about the content of this letter or the terms and provisions of your policy of insurance, please do not hesitate to call me.

The foregoing is not intended to waive any defenses which are now, or which may hereafter become available to us. The foregoing does not constitute a waiver of any term, condition, or exclusion of the insurance policy or any rights and defenses under the policy, and we hereby expressly reserve all of our rights and defenses thereunder.

Finally, your policy also states the following under the IM 7000 (04/04):

## OTHER CONDITIONS

10. Suit Against Us – No one may bring a legal action against "us" under this coverage unless:

a. all of the "terms" of this coverage have been complied with; and
b. the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

\*\*\*

We would like to notify you of the Internal Appeals Process (IAP) that can be utilized if there is a dispute involving liability, coverage and/or the amount of your claim. To initiate an appeal, you must submit a letter outlining the facts relevant to your claim and your position regarding liability, coverage and/or damages. The letter should be addressed as follows:

New Jersey Claims Internal Appeals Committee
Safeco Insurance
P.O. Box 5014
Scranton, PA 18505-5014

If you don't agree with our position, you have the right of appeal under the law. A committee of company employees who are at a supervisory level or higher will review the appeal. The review will be completed within 10 business days of receipt of your letter and written notice will be sent within three business days of the decision. The Internal Appeals Process does not waive or alter any of the terms or conditions of our policy, nor does it extend any statutes of limitation or suit limitation provisions.

New Jersey Claims Internal Appeals Committee (PL):
Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116
Phone: 1-800-344-0197
Fax: 607-574-6688
Email: presidentialsvcteam@libertymutual.com

Reply to an appeal request where initial decision is maintained should include:

The Office of the Insurance Ombudsman
New Jersey Department of Banking and Insurance
Consumer Assistance
20 West State Street
PO Box 329
Trenton, NJ 08625-0329
Telephone: (609) 292-7272
Telefax: (609) 292-2431 or (609) 777-0508
Automated Hotline: 1-800-446-7467
E-mail: ombudsman@dobi.nj.gov
Electronic complaint submissions: http://www.state.nj.us/dobi/consumer.htm

If you should have any questions regarding this matter, please don't hesitate to contact me at (317) 805-4210.

Sincerely,

*Lauren Farmer*

Lauren Farmer
Claim Specialist II – CL

cc: The Bogle Agency, Inc.
200 Stuyvesant Ave
Lyndhurst, NJ 07071

# Civil Case Information Statement

**Case Details: CAMDEN | Civil Part Docket# L-003903-25**

**Case Caption:** HAWK BUILDERS LLC   VS THE OHIO
CASUALTY IN SURAN

**Case Initiation Date:** 11/19/2025

**Attorney Name:** JONATHAN THOMAS GULDIN

**Firm Name:** CLARK GULDIN ATTORNEYS AT LAW

**Address:** 20 CHURCH ST SUITE 15

MONTCLAIR NJ 07042

**Phone:** 9737075346

**Name of Party:** PLAINTIFF : Hawk Builders LLC

**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** OTHER INSURANCE CLAIM (INCLUDING
DECLARATORY JUDGMENT ACTIONS)

**Document Type:** Complaint

**Jury Demand:** NONE

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same
transaction or occurrence)?** YES

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Hawk Builders LLC?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Business

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO
**Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

11/19/2025                                                      /s/ JONATHAN THOMAS GULDIN
Dated                                                                              Signed